MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

RECEIVED

NOV 2 0 2023

CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

JUAN OLAYA,
Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

WARDEN, FCI MILAN,
M. STODDARD / SIS TECHNICIAN,
HSA FCI MILAN, MEDICAL,
T. Gust, FCI Milan counselor,
Mrs. Hernandez, Medical,
Mrs. Williams,
et. al.,

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

Case: 2:23-cv-12975
Assigned To : Grey, Jonathan J.C.
Referral Judge: Morris, Patricia T.
Assign. Date : 11/22/2023
Description: PR OLAYA V. MILAN ET AL (MC)

POOR QUALITY ORIGINAL

# Complaint for Violation of Civil Rights
## (Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.**

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name          JUAN  OLAYA

All other names by which you have been known:

_____

ID Number          99162179

Current Institution          FCC, USP I, Coleman, Florida

Address          846 NE 54th Terrace

Coleman, Florida  33521

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name          M. Stoddard

Job or Title          S.I.S. Technician
(if known)

Shield Number          _____

Employer          FCI MILAN, USDOT

Address          _____

☑ Individual capacity          ☑ Official capacity

2

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Defendant No. 2**

    Name                T. Curst

    Job or Title        FCI Milan / Counselor
    (if known)

    Shield Number

    Employer         FCI Milan US DOJ.

    Address

    ☑ Individual capacity       ☑ Official capacity

**Defendant No. 3**

    Name                Ms. Hernandez

    Job or Title        FCI Milan acting nurse
    (if known)

    Shield Number

    Employer         FCI Milan et al...

    Address

    ☑ Individual capacity       ☑ Official capacity

**Defendant No. 4**

    Name                Ms. Williams

    Job or Title        FCI Milan acting nurse
    (if known)

    Shield Number

    Employer         FCI Milan et al...

    Address

    ☑ Individual capacity       ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

a) Eighth Amendment "Cruel" and "Unusual" Punishment U.S. Const. amend. VIII.

b) Violation per Duty of care 18 U.S.C. 4042.

c) Intentional Infliction of Emotional Distress 28 U.S.C. 1346 (b)(2)

d) Negligence, In General

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? Eighth Amendment Violation

a) Serious medical Need

b) Deprivation of medical right, glasses, treatment, vision treatment, post care, complaints ignored

c) Great Pain in deliberate indifference standards

d) Right "eye" seeing complications.

e) Nurse failure to perform prescribed dressing change

f) Due Process claim / denial of medication for pain

g) segregation restraints

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Warden - Intentional disregard assault/treatment of (I/M)
D.I.S. Stoddard - abuse of process, false statements,
False imprisonment, vindictive prosecution.

T. Curst - CIO & cI milan - Personal Knowledge of incident
A.H.S.A - responsible for the care of inmates and injuries
Mrs. Hernandez - refuse to provide medication r treatment for eye injuries.
Mrs. williams - refuse to provide medication, treatment for injuries
J. Mont - counselor - obstruction of Due Process, retaining administrative documents in the dark.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☑ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☑ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The initial incident began at FCI Milan, East Housing unit, where Olaya substained several laceration to the right eye, fore head, along with laceration underneath right eye.

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

FCI Milan, East Housing unit, near and/or on cell D01-117 at approximetly 6:30-6:4 a.m.

C.   What date and approximate time did the events giving rise to your claim(s) occur?

10/28/2020   6:30 a.m.

6

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you? Who did what?  Was anyone else involved?  Who else saw what happened?)*

① on 10/28/2020 Jvan Olaya suffered physical trauma as a result of an assault, among other injuries to his eyes

② Jvan Olaya, was taken by ambulance to the local General Hospital where he received medical treatment and referm to eye specialist (optomologist).

③ Examination revealed Jvan suffered lauration deep to the right forehead under the eye, scratches to his body stitches and head injuries.

④ Jvan Olaya pain became increasingly severe, no pain medication was given

⑤ possible remedies of surgical and/or eye loss, including loss of vision.

⑥ on 10/29/2020 Jvan did not receive the outside hospital referral treatment, attention, Rx, nor appointments to specialist

⑦ Between the reckoring periods of 10-28/2020 thru present his current and ongoing pain to his eyes, vision has resulted inability to sleep, exercise, or even walking distance, because seeing distance affects his judgments.

7

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

On 10/28/2020, Ivan Olaya suffered severe injury to his right eye as a result of an assault. Olaya was taken to the outside hospital by ambulance, where he was treated for right eye lacerations and ruptures of face stabb wou. Ivan Olaya was currently housed in FCI Milan where he is in the custody of defendants in captioned herein. Olaya reapeately requested assistance through institutional channels denied. No medical care necessary to relieve him from his eye injuries including denial of much pain medication

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Monetary relief for unnecessary physical, emotional mental deterioration and the suffering cause by defendants, inadequate medical treatment, inadequate pain management.

Damages punitive - 2.5 million dollars
Nominal damages - 10.0 million dollars
future damages - 2.5 million dollars
compensatory damages - 5.0 million dollars
Total 20.0 million dollars

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Administrative Remedies

9

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑   Yes

☐   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑   Yes

☐   No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Initial informal / formal grievance began at (FCI) Milan, Michigan). CFR 542.11-542.15 including but not limited to Office of Internal Affairs (OIA).

2.   What did you claim in your grievance? P.S. 3420.11 Employee misconduct

Physical Abuse
Mental Torture
Neglect / Negligence / Duty of Care / Violated this duty / caused harm / Suffered damages
Employee Misconduct
False Statements Filings (government employees [18 U.S.C. 1001]; [18 U.S.C. 371] conspiracy False Incident Report 5270.09 section 201

3.   What was the result, if any?

(DOJ) OIG received acknowledged complaint 5-18-2022. Refused to respond, reply and/or give any results of complaint. unresponsive.

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)* On 3/15/2022 Informal attempt, (BP-8 FCI Milan, Michigan); BP-9 Administrative Remedy filed 5-6-2022; Pollock, USP, Kentucky; DOT complaint filed

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

J. Lyons intentionally (knowingly concealed, hindered (IIM) Olaya from further processing her due process. rights Fifth/Fourteenth Amendments. On 3/24/2022; 04/15/2022 repeatedly concealed.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

J. Lyons (counselor @ Pollock, USP hindered inmate from processing his (BP-8) CFR 542.13(a) as required by the Bureau of Prison under P.S. 1330.18.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

E-mail to active Warden Pollock "INMATE REQUEST TO STAFF" P.S. 5511.07 unanswered, refused to respond. Submitted 4/18/2022  05:36:38 P.M.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

11

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐   Yes

   No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   _____

Defendant(s)   _____



2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number   _____

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

N/A

6.  Is the case still pending?

☐  Yes

☑  No

If no, give the approximate date of disposition.   N/A

7.  What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐  Yes

☑  No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)        N/A
Defendant(s)

2.  Court *(if federal court, name the district; if state court, name the county and State)*

3.  Docket or index number

13

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐      Yes

☑      No

If no, give the approximate date of disposition.  ___N|A___

7.    What was the result of the case?  *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: November 09, 20 23.

Signature of Plaintiff        _____

Printed Name of Plaintiff    Juan Olaya

Prison Identification #   99162179

Prison Address  846 N•E 54th Terrace

Coleman        ,    Florida        33521

City                State              Zip Code

14

MIED ProSe 14 (Rev 5/16)  Complaint for Violation of Civil Rights (Prisoner Complaint)

**Additional Information:**

# Exhibit List

11/09

1. Incident Report

2. Informal complaint (Adm. Redd.)

3. Administrative Remedy (BP-9)

4. DOJ Response (complaint)

5. petitioner Affidavit

6. Medical Records

July 2, 2023

Dear court clerk,

The motive for this letter is to file a lawsuit against the BOP and everyone that's involved in the situation contained in all the documents that I am sending you. I need the court to please appoint me an attorney. The lawsuit amount that I am demanding is for the sum of Twenty Million or more U.S. Dollars. I hope to hear from you soon.

Thank you very much,

Juan Olaya # 99162-179

JUAN OLAYA

99162-179

# Ex. 1

BP-A0288
JAN 17

**INCIDENT REPORT**

C1
155

U.S. DEPARTMENT OF JUSTICE         FEDERAL BUREAU OF PRISONS

---

**Part I - Incident Report**

| 1. Institution: FCI MILAN | | Incident Report Number: 3457821 | |
|---|---|---|---|
| 2. Inmate's Name: OLAYA, JUAN | 3. Register Number: 99162-179 | 4. Date of Incident: 10/28/2020 | 5. Time: 06:30 A.M. |
| 6. Place of Incident: FDC EAST UNIT | 7. Assignment: SHU Unassigned | 8. Unit: EAST | |
| 9. Incident: Fighting with another person | | 10. Prohibited Act Code(s): 201 | |

11. Description of Incident    (Date: 10-28-2020    Time: 06:30a.m. Staff became aware of incident):

On December 14th, 2020 at approximately 08:40P.M. An SIS Investigation was concluded. This investigation was determined through medical assessments, inmate statements, as well as closed circuit television video footage. On October 28th, 2020 at approximately 06:30 A.M., inmates Olaya, Juan Reg.No. 99162-179, Heard, Doniel Reg.No. 56715-039 and Hinds, Michael Reg.No. 56692-039, used physical violence toward one another inside the FDC East Housing Unit. Olaya had a 3cm deep laceration to the right forehead, along with a 1.5cm laceration under the right eye. Olaya was sent to local hospital for stitches and possible head injury assessment. Hind's medical assessment indicated multiple scratches to upper body, varying in sizes and locations. Heard had multiple scratches on his body indicating his involvement in the altercation.

After reviewing the Closed Circuit Television (CCTV) cameras, NICEVISION software, it determined the inmate's exact involvement. NICEVISION camera show's Olaya leaving his assigned cell (D01-117) at 6:32:43 A.M. and walking over to the computer room where the initial interaction began with Hinds. At 6:34:51 Olaya enters his assigned cell for approximately three minutes and leaves again with no shirt on (6:37:13 A.M.). Olaya walks back over to the computer room in search of Hind's who had left and went to his assigned room (D01-105). Olaya continues to search for Hind's and at 6:37:47 enters cell 105 where Hind's is assigned to. Immediately after Olaya enters cell 105, Heard enters the cell in an aggressive manner and does not leave for approximately 20 seconds. Heard leaves the cell and walks into the day room. Moments later, Hind's exits the cell with Olaya, swinging his arm in a slashing like motion. It is determined, Olaya was utilizing one of the sharpened weapons that were recovered in the trash can, covered in fresh blood. Once all three inmates involved exited cell 105, they were able to separate and the fight was over. This concludes the video evidence.

| 12. Typed Name/Signature of Reporting Employee: M. STODDARD / SIS Technician | 13.Date And Time: December 14th, 2020 09:15 A.M. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15 .Date Incident Report Delivered: 12-14-2020 | 16. Time Incident Report Delivered: 11:10 am |

---

**Part II - Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

_____

_____

_____

_____

| 18. A. It is the finding of the committee that you: | B. _____ The Committee is referring the Charge(s) to the DHO for further Hearing. |
|---|---|
| _____ Committed the Prohibited Act as charged. _____ Did not Commit a Prohibited Act. _____ Committed Prohibited Act Code(s). _____  _____ | C. _____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |

19. Committee Decision is Based on Specific Evidence as Follows:

_____

_____

_____

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

_____

_____

21. Date and Time of Action:_____(The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)       Member (Typed Name)       Member (Typed Name)

# Ex. 2

OL 1330.13e

## DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

April 16, 2008
Attachment A

Bureau of Prisons Program Statement No. 1330.13, Administrative Remedy Program, (December 22, 1995), requires, in most cases, that inmate attempt informal resolution of grievances prior to filing a formal written complaint. This form shall be used to document your efforts toward normally resolving your grievance.

See continue (B) page →

| Inmate Name | Juan Diary | Register Number | C/9162-179 USP-Pollock C-1-175 |
|---|---|---|---|

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the basis for the complaint occurred. (If related to UDC appeal, specify relevant section of inmate Discipline Policy) This is my criminal complaint (Affidavit against) on Federal Correctional Institution (FCI) MILAN, MI Federal Detention Center (FDC) Administration employees personnel (SIS) Technician M. Stoddard and Correction officer C/O T. Curst, for knowingly and willfully conspiring together to violate criminal law statutes title 18 USC $ 371 Conspiracy to commit offense, 18 USC $ 2071 Concealment, removal, or mutilation generally, and 18 USC 1001 false statements, including filing

2. Briefly state the action you request to resolve your complaint. My relief is (1) I want both FCI MILAN MI FDC employees SIS Tech. M. Stoddard and C/O T. Curst fired for filing a false incident report code 201 against me. (2) I want both employees criminally prosecuted for filing a false code 201 and (3) I want to be transfer to FCI immediately

3. Briefly state the action(s) you have taken and the name(s) whom you have spoken to resolve your complaint. I went to Unit C-1 Unit Counselor J. Lyons and explain my situation about how I was not able to receive any response to my INFORMAL RESOLUTION ATTEMPT or BP-8 that I already filed against (on FCI) MILAN, MI.

4. GIVE THIS COMPLETED FORM TO YOUR UNIT COUNSELOR FOR RESPONSE.

| TO BE COMPLETED BY STAFF | Date Received by Counselor for Response | |
|---|---|---|

5. Summary of Investigation (place response on this form):

6. What actions were taken to resolve this matter informally (place response on this form):

7. Explain reasons for no resolution (place response on this form):

Date & Time Issued BP-8 3-15-22 10:50      Unit Team Member: _____
Date & Time Inmate Returned BP-8 _____      Unit Team Member: _____
Date & Time Investigation on BP-8 Completed and BP-9 BP-229 (13) Issued: _____

Unit Manager/Camp Administrator Signature: _____

On _____ (date), this issue was informally resolved.

_____      _____
Inmate Signature      Date

Distribution: (1) If complaint is informally resolved, forward the original, signed and dated by the inmate to the Unit Counselor for filing.
(2) If complaint is not informally resolved, forward the original (attached to BP-229(13) form) to the Warden's Office.

Warning "PLACE ON NOTICE" This is my second BP-8 that I filed against Federal Correctional Institution (FCI) MILAN, MI or Federal Detention Center which my first BP-8 disappear, so they could intentionally conceal their own criminal liability and criminal law statutes violation title 18 USC $ 371 Conspiracy to commit offense in violation of title 18 USC $ 1001 false statements by knowingly and willfully filing a false incident report code 201

UNITED STATES PENITENTIARY
POLLOCK, LOUISIANA

**PART B - RESPONSE- TO REQUEST FOR INFORMAL RESOLUTION ATTEMPT**

OLAYA, Juan                    #99162-179

SUBJECT:    Staff Misconduct

This is in response to your Request for Informal Resolution
Attempt, received on March 15, 2022, in which you allege staff
misconduct by staff members who are employed at Federal Bureau
of Prisons, (FCI) Milan.  You state you were falsely accused of
a Code 201, Fighting with Another Person, on October 28, 2020,
and the SIS provided false statements within its investigation.
Your final request is for the SIS Technician and Unit Officer be
fired and prosecuted for filing a false incident report on you
and you request to be transferred to a FCI immediately.

Staff Conduct is governed by Program Statement 3420.11,
Standards of Employee Conduct.  In regards to your claim of
staff misconduct, your concerns have been forwarded for review,
and action will be taken, as necessary.  Allegations of possible
staff misconduct are taken seriously at throughout the Federal
Bureau of Prisons and staff are trained to conduct themselves in
a professional manner.
In regards to your disciplinary history records reveal you have
been found guilty of Code 201, Fighting with Another Person, on
January 14, 2021.  Your 20 calendar days have expired to appeal
the DHO decision.

Based on the above findings, this response to your Request for
Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may utilize the
Administrative Remedy Program.

_____          5/4/2022
D. Lair, Unit Manager                    Date

# Ex. 3

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      POLLOCK USP

TO  : JUAN OLAYA, 99162-179
      POLLOCK USP     UNT: C     QTR: C01-155L
      1000 AIRBASE RD
      POLLOCK,  LA 71467

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1120640-F1      ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED  : MAY 18, 2022
SUBJECT 1      : TRANSFER - OTHER
SUBJECT 2      : OTHER COMPLAINT AGAINST STAFF
INCIDENT RPT NO:

REJECT REASON 1: YOU RAISE MORE. THAN ONE ISSUE/RELATED ISSUE OR APPEAL MORE
                 THAN ONE INCIDENT REPORT (INCIDENT NUMBER).   YOU MUST
                 FILE A SEPARATE REQUEST/APPEAL FOR EACH UNRELATED ISSUE
                 OR INCIDENT REPORT YOU WANT ADDRESSED.

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Juan   Olaya__   __99162-179__  __C-155__ / __USP-Pollock__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

Part A– INMATE REQUEST  First of all for the record THIS IS NOT A DHO APPEAL period so do not deliberately misconstrue my and this Criminal Complaint and my Affidavit attachment to this BP-9, now based on Title 28 CFR (ARP) 542.14(b) Extension, several time already my BP-8 Remedies has disappear including two of my original BP-8 that I filed twice mere at USP Pollock I also mention this on USP-Pollock computer E-Mail, 542.14(c) form (2) Closely related issues, I am dealing with closely related issue & serious employees misconduct involving criminal law statute violation Title 18 USCS 371, 2071(b) and 4001 conspiracy to filed a false Incident Report and Medical Dept (PHS) employees conspired together to cover up my vicious aggravated assault
My Relist Is (1.) I want both FCI MILAN MI FDC employees (SIS) Tech, M. Stoddard and C/O T. Curst Afred for Afiling a false Incident Report Code 201 against me, (2.) both employees criminally prosecuted for Filing a false Code 201 Report and (3) I want to be transfer to a FCI immediately.
See my BP-8 Criminal Complaint / Affidavit for more specific detail my Complaint is on and against Federal Correctional Institution FCI MILAN MICHIGAN, FDC and Medical Dept. PHS employees

I filed on 5, 6 2022
DATE                                         __JUAN OLAYA__
                                              SIGNATURE OF REQUESTER

Part B– RESPONSE

WARDEN'S OFFICE
MAY 18 22 8:38E
RCVD

_____                    _____
DATE                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

SECOND COPY: RETURN TO INMATE          CASE NUMBER: 1120640-F1

                                       CASE NUMBER: _____

Part C– RECEIPT

Return to: __Juan Olaya__   __99162-179__  __C-155__  __USP-Pollock__
LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

_____                    _____
DATE                               RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                              BP-229(13)
                                                    APRIL 1982

continue (B) page

false Incident Report and DHO Report so they can control the narrative of the Incident by concealing the truth of the actual chain of event, Which was a straight out assault a vicious attack committed by two different individuals inmates from the same exact geographical area -039. STS Tech. M. Stoddard had to alter, re-shape and create his own allege narrative to the unfolded chain of event due to I was the actual victim of a Code 101 Assaulting any person, that STS dept. tried to concealed the truth, I was not a participator in this allege and fabricated fight I was the victim of this straight out aggravated assault with deadly weapon being use on me that was my blood recovered off them weapons. STS Tech. M. Stoddard own fraudulent incident report code 201 Fighting with another person is forte and contra dictory within itself based on his own description and creative of his own allege chain of event, This is the reason why it took STS dept. personnel over forty days to complete their so-called STS investigation they already discover the truth and conspired together to conc aled the actual fact and evidence of the truth in this case, That two of those individuals involve in this allege fight was the one assaulting prisoner Juan Olaya 99162-179 which both prisone who committed the vicious assault was from the same exact geographical area the last three digit -039 prove that, HERE is my direct crystal clear evidence showing an actual Code 101 Assaulting Any person and not a Code 201 Fighting with another person, which was a false narrative created by STS, My direct substantiated indisputable material evidence is based on and off of STS Tech. M. Stoddard false incident report showing contradictory statements in-part, (1) On October 28th 2020 at approximately 06:30am inmate Olaya, Juan Reg. No. 99162-179, Heard, Daniel Reg. No. 56715-039 and Hirals, Michael Reg. No. 566.92-039, used phy-sical violence toward one another inside the FDC East Housing Unit., (2) Olaya had a 3am deep laceration to the right forehead, along with a 1.5cm laceration under the right eye, (3) Olay was sent to local hospital for stitches and possible head injury assessment, and (4) one of the sharp ened weapons that were recovered in the trash can, covered in fresh blood. If this was not an actual Code 101 Assaulting any person and prisoner Olaya was not a victim then explain why did FCI MILAN MICHAGAN FDC Medical Dept. PHS personnel Ms. Hernande and Ms. Williams had to send prisoner Olaya Juan #99162-179 immediately to an outside hospital to receive urgent medical treatment and not the other two inmates who was Involved in thi assault incident? This is the true reason why STS Tech. M. Stoddard had to concealed the truth of the actual chain of event his own incident report sentence, paragraphs numbers (2), (3) and (4) straight out contradict num (1) which showed a false and fraudulent narrative created by him. (Code 201). When I ask my Unit Team and STS dept. personnel to preserve those FD Housing Unit (CCTV) cameras NTCEUISION footage tapes of October 28 2020 at 06:3 am they states No Longer Available. They destroy the video footage because they contradict their own story, they destroy

Continue Page 2

If this was not an actual Code 101 Assaulting any person and prisoner Olaya was no a victim then explain why did F.C.I. MILAN MICHIGAN FDC Medical dept. Public Health Services (PHS) personnel Ms. Hernandez and Ms. Williams had to send prisoner Olaya Juan #99162-179 immediately to an outside hospital to receive; urgent medical treatment and not the other two inmates who was directly involved in this vicious aggravated assault incident. Why did the other two inmates involved in my assault did not have to seek or receive outside Medical treatment because they was the perpetrators who committed this vicious aggravated assault that USP Pollock Administration employees and Special Investigative supervisor (SIS) personnel tried to conceal this assault against me.

This is the true reason why SIS Technician (Tech) M. Stoddard had to concealed the truth of the actual chain of event his own Incident Report sentence paragraphs numbers (2),(3) and (4) straight out contradict number (1). Which showed a false and fraudulent narrative created by him when only one inmate had to received outside local hospital medical treatment for an aggravated assault code 101 Assaulting any person and not an allege code 201 Fighting with another person as SIS pretend it was. When I ask my FDC EAST UNIT UNIT TEAM and SIS dept personnel to preserve those FDC EAST UNIT Closed Circuit Television (CCTV) cameras NICEVISION SURVEILLANCE FOOTAGE TAPES of October 28, 2020 at 06:30am these employees states No Longer Available. These employees knowingly and willfully destroy those (CCTV) SURVEILLANCE tapes footage because they clearly contradicted their own story of their allege chain of event it these two employees destroy the substantiated documentary recordings material evidence against themselves. The destruction of those important surveillance video tapes footage not only destroy the actual chain of event but it also allowed these corrupt F.C.I. MILAN MICHIGAN FDC employees SIS Tech M. Stoddard and and C/O T. Gurst to filed a false and fraudulent narrative Incident Report for a Code 201 Fighting with another person. When all the substantiated documentary recording surveillance video tapes material footage evidence has been destroy for the sole purpose of preventing exposer and contradictory statements of the actual chain of event against the officers who filed a fraudulent Incident report. Against prisoner or inmate Juan Olaya 99162-179 me' for a code 201 when in reality it was an actual code 101 Assaulting any person against me. I was never a participator in this allege code 201 Fighting with another person I was a victim of a vicious aggravated assault code 101 that SIS Tech. M. Stoddard and C/O T. Gurst knew ahead of time before they decided to file their fraudulent and false statement incident report. These employees both personally review each one of those FDC EAST UNIT Closed Circuit Television (CCTV) cameras NICEVISION SURVEILLANCE FOOTAGE TAPES of October 28, 2020 at 06:30am. These surveillance cameras video footage tapes showed crystal clear evidence of a code 101 Assaulting any person, being the victim this unfortunate incident. I was beaten so bad that I became semi-unconscious that I lost all control of my bodily functions which cause me to lay in my own feces after losing control of my bowels movement. I was not aware of my surrounding at that time but once I was able to come through I gather myself together. I realized the incident started outside of my

JUAN Olaya 2.

Continue Page 3

cell door DO1-117 in the day room or pad but ended in my cell FDC EAST UNIT Cell DO1-117. As I was cleaning myself up I started wiping down my cell walls and floor of my blood that is when the Unit Correctional officer was doing his walk-through. This is when the C/O discover what it look like a crime scene and call for back-up all available staff from Education Department through facilities employees arrived at my cell door DO1-117 the scene of the crime.

Now while I was being treated by a female & male doctors at the outside hospital emergency room for my serious lacerations, stab wounds and eye sight the female doctor seen that I needed more medical attention due to the fact I had a 1.6cm laceration under my right eye. She (doctor) made a phone call to their hospital eye-doctor to set me up an appointment (eye-examination) for the following morning October 29, 2020. After she states if I do not receive the proper medical treatment or care for my right eye I can possibly lose my right eyesight and you do not want that. After being seen and treated at and in the outside hospital emergency room I was then transferred immediately back to Federal Correctional Institution (FCI) MILAN MICHAGAN, Federal Detention Center (FDC) facility. I was placed immediately in the most nastiest and filthy cell that FDC Administration employees could find in the Special Housing Unit (SHU) or the hole with no light, stone cold and an awful smell I remain in that cell over night. The next morning October 29, 2020 the SHU C/O's came to my cell door inform me that I was being transferred back to the outside hospital for my first eye appointment. When I made it to see the eye doctor he duly check my right eye both of my eyes left and right was swollen up I could barely see out of my left eye yet the eye doctor only checked my right eye. I then let the eye doctor know that I was in a lot of pain my eyes feel like they are on fire or being poke with a needle that is when the eye doctor told me he was given specific instruction to only treat my right eye. This eye doctor refuse to take in any consideration or account of my occuring condition the eye doctor was Negligence and Deliberate Indifference to my medical treatment eye care in the performance of his Standards Code of Medical Conduct / Practice. The eye doctor told me he will schedule me for another eye-appointment if the prison authorities give him authorization to do so as of now we are finish look out for your eye-appointment. I was then transferred back to (FCI) MILAN MICHAGN, (FDC) facility and deliberately force back into the same exact nasty and filthy cell in the Special Housing Unit (SHU).

The (SHU) correctional officer C/O's and (SHU) Lieutenant has refuse to give or provide me with any cleaning chemicals supplies so I could clean up the cell I was in to prevent me from catching any type of infection due to me having open wound, I remain in that unsanitary cell for at least 4 to 5 days in violation and or SHU personnel intentionally violated my 8th Constitution Amendment Right Cruel and unusual punishments inflicted." I then was removed from that unsanitary cell after I warned several (FDC) employees that I was preparing to go on a Hunger Strike immediately if my current situation did not change I was re-located to another cell in a different part of the SHU, not before experience and going through so much pain while I was in that condition during those 4 to 5 days in that unsanitary cell

JUAN OLAYA                    3pg

Continue Page 4

without any medical attention from any FDC Medical Dept. personnel nor did I receive any type of pain medication for my extreme pain I was suffering medical dept(PHS) personnel left me for dead. After I moved out of that unsanitary cell on the other (SHU) range I finally seen nurse, Ms. Hernandez during her (SHU) routine pill-call rounds to hand-deliver medication to other (SHU) inmates. I personally ask nurse Ms. Hernandez "why was I not receiving proper medical treatment, any pain medication nor any type of justification why no (FDC) medical dept. (PHS) personnel did any routine check-ups on me base on my open stab wounds condition." Nurse Ms. Hernandez response "I do not know why you are being treated this way" "I will be sending a couple E-Mail to the Head Doctor (HSA)". Couple days later I seen and talk to nurse Ms. Hernandez about my medical request's for pain medication I am in a lot of pain. Which the Head Doctor Health Service Administrator (HSA) totally ignore all of my request's for pain medication and proper medical attention all went unanswer this was Deliberate Indifference toward me, my medical needs and treatment. Nurse Ms. Hernandez response I personally sent numerous E-Mail to the Head Doctor (HSA) (FDC) at this prison I have not receive any reply yet." Nurse Ms. Hernandez personally witness the unjustify treatment release upon me for no just/fy reason at all she (nurse) told me to file an emergency (BP.9) Request For Admini-strative Remedy for relief to FDC Warden against the Head Doctor (HSA) they cannot leave you in this condition.

During my awful and hostile stay in (FDC) MILAN MICHAGAN (SHU) no employees from FDC East Housing Unit my Unit Team Unit Manager, Unit Case Manager and Unit Counselor no one came to visit or check up on me period not even through their Thursday SHU walk through. This employees just walk through the SHU and sign the SHU range logbook to pretend they came on that SHU range to make it look good on that SHU range survei-llance camera footage. I talk to a male nurse one day and ask him while he was passing out medication to other inmates in the SHU "Why have I not receive any pain medication, medical check-ups nor have any of my old gauze's replace with new ones so my open stab wounds do not get infected". The male nurse look me directly in the eyes and respond with an nonchalant attitude stated "You're a toughman and you are not on my medication roster." I was never provided with any type of pain medication while I was housed at and in (FDC) MILAN MICHAGAN these Public Health Services (PHS) employees Health Services Administrator (HSA) and Assistance Health Services Administr-ator (AHSA) personnel. They knowingly and willfully violated my 8th Amendment Constitution Right "Cruel and Unusual Punishments inflicted", these (PHS) employees action against me was nothing more but pure "Deliberate Indifference" to my medical care, condition and needs.

• "Medical Care" Prison officials are obligated under the Eighth Amendment to provide prisoners with adequate medical medical care. This principle applies regardless of whether the medical care is provided by governmental employees or by private medical staff under contract with the government. These Medical Dept. (PHS) personnel and employees (HSA) and (AHSA) intentionally violated governmental contract Title 5 (GOE) USCS § 7301 Chapter 73 (SSC) Subchapter I, Regulation of Conduct, Statute 7301 Presidential Regulations.

JUAN OLAYA                    4pg

Continue Page 5
Principles of ethical conduct for government officers and employees. Ex. Or. No. 12674 of April 12, 1989, 54 Fed. Reg. 15159; Ex. Or. No. 12731 of Oct. 17, 1990, 55 Fed. Reg. 42,547 provides; Part 1- Principles of Ethical Conduct. "Section 101(a) Public service is a public trust, and "(e) Employees shall put forth honest effort in the performance of their duties.

Now between November 23rd and 30th 2020 I received a letter from the outside "eye doctor" which I was still in the SHU with no contact in this letter the outside "eye doctor" asked me how come or why did I miss my outside eye-appointment which was schedule November 20th? When nurse Ms. Hernandez was doing her routine pill-call medication SHU rounds I then showed her the letter that I received from the outside "eye doctor" asking me why did I miss my outside schedule eye-appointment. Nurse Ms. Hernandez then asked me did I file my emergency BP-9 yet I told her not at this time my whole entire FDC East Housing Unit team has refuse to come see me by all means necessary therefore I am not able to file any type of Administrative Remedies; now what am I suppose to do when even the Warden refuse to come back here in this part of the SHU I have personally sent out plenty of Inmate Request To Staff - BP-A0148 (cop-out) to these staff members yet they refuse to response to my request this is a clear and they violated my 1st amendment Constitution Right "to petition the Government for a redress of grievances.
Nurse Ms. Hernandez inform me that she will personally send the Warden a E-mail asking why did inmate Olaya miss his outside schedule eye-examination appointment. I never seem nurse Ms. Hernandez again after our conversation that day. FDC Medical Dept. (PHS) personnel and employees (HSA) and (AHSA) they had her removed from her routine pill-call medication SHU rounds after nurse Ms. Hernandez made my medical complaints know to the FDC Warden Office. Through multiple E-Mails and Inmate Request To Staff BP-A0148 or (cop-out) which they all ignore my medical complaints this is directly Deliberate Indifference to my Medical Care and Eye-treatment

While I was going through my extreme pain and suffering I lost so much weight I thought I was going to die dealing with this unbearable pain due to not being provided with any type of pain-pills medication to ease my serious medical condition, eye-injury and open stab wounds. FCI MILAN MICHIGAN FDC Medical dept. (PHS) personnel has knowingly and willfully conspired together to violate criminal law statute title 18 USCS §371 Conspiracy to commit offense., to violate and in violation of my Civil Rights CHAPTER 13. CIVIL RIGHTS 18 USCS §241 Conspiracy against rights and 18 USCS §242 Deprivation of rights under color of law. By refusing to provide me with any type of

J. Ann Olaya 5-

Continue Page 6

medical care or treatment at all based on my serious medical condition, eye-injury and open stab wounds including refusing to provide me with any pain-pill medication after I received several stitches 15 altogether. To continued allowing me to be in awful pain without providing me some type of pain-pill medication FDC Medical Dept. (PHS) personnel and employees (HSA) and (AHSA). Their own personal action towards me is a direct violation to my CIVIL RIGHTS to be treated as a human-being which their own action demonstrate they have No Human Compassion" for me (inmate) which they has clearly violated my 8th Amendment Constitution Right "Cruel and Unusual Punishments inflicted."; they continuously inflicting upon me Deliberate Indifference"

Around the same time in November between 27th and 30th 2020 there was another female nurse who was doing her routine pill-call medication SHU rounds I then ask this nurse this question "Why did this FDC Medical Dept. (PHS) personnel made me miss my outside eye-doctor schedule appointment"? This nurse respond "You don't have any appointment especially an eye-doctor appointment who told you that if you did have an eye-doctor appointment they made you miss it not us we do our jobs." I then showed this nurse the letter I received from the outside eye-doctor asking me that question now all of a suddenly this female nurse at surprise; she then ask me to give her my doctor letter I told her no this is the only direct evidence that I have to prove that it is FDC Medical Dept. (PHS) personnel fault I miss my outside eye-doctor schedule appointment. I personally talk to and showed the A.W, Lt.s, and several other staff members including C/Os my outside eye-doctor schedule appointment letter which also then placed it directly in front of the SHU range surveillance video camera I held my doctor letter up to the camera which is recording my action. Finally after I did this the FDC Warden himself came through the SHU doing his SHU rounds I stop him and explain my situation to him gave him my eye-doctor letter which he read it himself I told the Warden I have been seeing flashing of light on and off in my right eye." The Warden then stated he would have me re-schedule for another outside eye-doctor appointment.

Now between December 20th through December 30th 2020 I went to see the same outside eye-doctor who this time examined both of my eyes I explain my situation to him he inform me "It was not his fault that I miss my schedule eye-appointment examination the faults lay within the institution you are housed in. I respond FDC Medical Dept. (PHS) staff stated "It's the outside eye-doctor fault you miss your schedule eye-appointment not our fault we do our jobs. The eye-doctor then stated in response to my statement "O they want to play the BLAME GAME after you kept repeating to them (medical staff)

Continue Page 7

you was experiencing severe discomfort within your eyes and seeing multiple flashing of light in your right eye which is never a good sign." Well I can only suggest to you you might want to hire you can Attorney due to the facts I personally know of and the situation that you are in that you personally experience at that institution. As soon as the eye-doctor made those comments to me the escort C/O's that brought me to the outside hospital gave the eye-doctor a vicious look like do not say any thing else to our inmate through their eyes and demeanor. I was then transferred back to FCI MILAN MICHAGAN FDC SHU round January 2021 while still in SHU I was still not receiving any type of proper medical treatment nor any pain medication; after visiting with the outside eye-doctor twice

I then decided to go on a hunger strike 72 hours pass already I was suppose to speak to someone (stuff) no body report my 72 hours hunger strike I then continued another 24 hours hunger strike due to poor medical attention this was a 96 hours (4 days) strike which FDC employees Medical Dept PHS help cover it up. Around the same month of January 2021 I also received an outside hospital medical bill bill to me which I am not suppose to pay for it is the accountability of the FDC MILAN MICHAGAN institution I am housed in not my responsibility.

From february through May 2021 I was sent back to the County holding facility upon the request of the Warden and Associate Warden while I was there I was able to make and send a copy of my eye-doctor letter and the personal medical bill; that FDC institution employees who are suppose to pay for it to my Judge. While in the County I told my Attorney about the situation I am in he told me I do not get pay to represent inmate assault victim case you need to contact some one else. While I was in the County other inmates gave me different Attorney numbers I also sent them a copy of my eye-doctor letter but no one wanted to pick up or represent me in my vicious aggravated assault complaint I was the victim. While in the County I talk to a female nurse and ask her was it possible to see another eye-doctor after I explain my situation to her about me losing my right eye eye sight. The nurse told me she has to ask her supervisor who will ask the U.S. Marshals since I am in their custody the U.S Marshals denied my request immediately without any type of consideration to my medical condition I was in. After talking to some more County employees and nurse's with no assistance I was then transferred around June 2021 to Oklahoma

Continue Page 8

transit I was not given any pain-pill nor medical treatment for 3 weeks period while I was housed in Oklahoma transit. I was then transferred again this time to Mississippi transit at the end of June 2021 once against my will I was the victim I was housed there for another 3 weeks without any medical care. Every FBOP facilities and contract transits I was denied all medical treatment while I was in awful condition these action taken upon me by FBOP/DOS employees and United States Marshals government employees and official. Is a direct Deliberate Indifference to my medical needs, treatment and care this is a direct violation to my human rights and they violated my 8th Amendment Constitution Right "Cruel and Unusual Punishments Inflicted." (upon me).

Around July 15th or 20th 2021 I was once again transferred this time to USP Pollock which I was housed in Unit B-3 during my quarantine time I talk to those USP Pollock Medical Dept. (PHS) personnel nurse about my situation. They all told me the same old repeated statement after I told them I was losing my right eye sight "We Will Call You" I still have not been seen yet of October 19th, 2021 even after sending several Inmate Request To Staff BP-A0148 (cop-out) to medical dept. (PHS) personnel, I informed USP Pollock Medical Dept. staff that I have a copy of my outside eye-doctor letter, my incident report Code 201 Fighting with another person" which the incident report within it's body shows I was a victim of a vicious aggravated assault that SIS dept. employees tried to concealed or cover up and that I have written this assault report already it's in my personal property.

I went to USP-Pollock R&D to receive my personal property the only thing I received from FCI MILAN MICHIGAN (FDC) SHU was a garbage of tinnisshoe's multiple pare all my Administrative Remedies, Court legal paper work, Clothes food and picture's etc. If my statement of facts was not true then why all my personal property all of a suddenly disappear I went to FCI MILAN, (FDC) commissary and bought more than tinnisshoes now my personal property is gone.

This and my Complaint/Affidavit is about me being a victim to a vicious aggravated assault which these FBOP/DOS employees knowingly and willfully filed a false Incident Report Code 201 against me, Medical Dept. (PHS) personnel conspired together to concealed the truth of an actual aggravated assault, Which I was the only person who was stab and sent to an outside hospital for stitches I never received   JUAN OLAYA

Continue Page 9

any type of adequate Medical Care or treatment while I was housed at FCI MILAN MICHIGAN FDC Special Housing Units (SHU) but what I personally received was nothing more than inadequate and deliberate indifference techniques used against me, By (FDC) Medical Dept. (PHS) personnel, (HSA) and (AHSA) employees who are now responsible and causing me to start losing my right eye-sight due to their deliberate indifference to my serious medical condition and inadequate medical treatment, Due to me being viciously assaulted and stabbed underneath my right eye causing me to be left with a 1.5cm laceration underneath my right eye all these FBOP/DOJ employees knowingly and willfully conspired together to violate Criminal Law Statute title 18 USCS § 371 Conspiracy to commit offense,,

(1) In violation and violated my Civil Rights under CHAPTER 13, CIVIL RIGHTS 18 USCS § 241 Conspiracy against rights and 18 USCS § 242 Deprivation of rights under color of law. By refusing and denying me any adequate medical care and treatment including urgent treatment after receiving multiple stitches to the front of my fore head and my right eye beneath it I never received any pain-pill medication during my whole entire ordeal and severe experience of unbearable pain and suffering.

(2) All these FBOP/DOJ FCI and FDC MILAN MICHIGAN Medical Dept. PHS employees and Institution employees (administration) conspired together to violate criminal law statute title 18 USCS § 2071. Concealment, removal, or mutilation generally (b.) Whoever, having the custody of any such record, document, paper, or other thing, willfully and unlawfully conceals, removes, falsifies or destroys the same. Which included these employees knowingly and willfully conspired together to destroy all my "Administrative Remedies" and Criminal Complaint / Affidavit based on my aggravated assault upon me.

(3) These employees made sure all my personal property disappear due to the fact that I had a personal letter from the outside eye-doctor asking me why did I miss my schedule eye-appointment examination date, They intentionally destroy my personal property to try to prevent me from Reporting To The Appropriate Authorities this eye-doctor personal letter was in my personal property that these employees made disappear, This eye-doctor letter demonstrated crystal clear substantiated document any material evidence that FCI /FDC Medical Dept. (PHS) personnel and employees was negligence and deliberate indifference to my Medical Care or treatment in the performance of their FBOP/DOJ official duties,      JUAN OLOYA

continue Page 10

By recklessly disregarding human life (mes) and created a substantial medical risk of harm upon me by intentionally ignoring the urgent under line fact of my medical condition which their action toward me started me to lose my right eye-sight at the hands of FCI/FDC MILAN MICHAGAN Medical Dept. PHS personnel and employees.

(4) These employees conspired together to concealed the truth and violated my 1st, 5th and 8th Amend. Const. Rights when they deliberately destroy my legal paper work they intentionally denied me Access To The Courts to petition the Government or EBOP employees for a redress of grievances including filing a Criminal Complaint/Affidavit against SIS dept. employees and Medical Dept (PHS) personnel and employees

(5) FCI/FDC MILAN MICHAGAN Special Investigative Supervisor (SIS) Tech, M. Stoddard and correctional officer C/O T. Curst write, make false statement within their own incident report, filed a false incident report against me and had Discipline Hearing officer (DHO) conspiring with them to filed a false (DHO) Report Response, To concealed material evidence and facts of an actual code 101 "Assaulting any person" which I was a victim not a false code 201 "Fighting with another person." As they tried to claim through their own false and fraudulent narrative claim of allege event that is why they destroy those (FDC) East Housing Unit Closed Circuit Television (CCTV) cameras NICEVISION surveillance video footage of October 28, 2020 at 06:30 am.

(6) Now the present May 1, 2022 at USP-Pollock Unit C-1 I filed my first BP-8 or Documentation Of Informal Resolution Attempt about my aggravated assault on me at FCI/FDC MILAN MICHAGAN. Which I gave my BP-8 to Unit C-1 Unit Counselor (UC) J. Lyons in November 2021 which my first BP-8 disappear I then filed my second BP-8 and hand-deliver my BP-8 to (UC) J. Lyons in front of prisoner Mr. C. F. R.) Jackson, Theodore 39472-060 Unit C-1 Cell 154 next door to me 155 March 24/2022. On April 14/2022 I ask (UC) J. Lyons where is my BP-8 response at you had my BP-8 since March 24/2022 he tell me I don't have an answer yet I then sent two E-Mails to USP-Pollock Warden on April 18 and 26/2022. I inform the Warden (UC) C-1 J. Lyons has conspired to continued to hindered, delay and interfere with my Administrative Remedy procedure by concealing, destroy and withhold my BP-8's in violation of title 28 (CFR) ARP 542.13(a)

JUAN OLAYA

10 pg

Continue Page 11

I am requesting at this time again to have criminal charges filed against all FBOP/DOJ FCI/FDC MILAN MICHAGAN institution Administration employees Medical Dept. (PHS) personnel, (HSA) and (AHSA) employees and (SIS) Tech, M. Stoddard and correctional officer C/O T. Curst.

For knowingly and willfully conspiring together to violate Criminal Law Statutes title 18 USCS § 371 Conspiracy to commit offense in violation and violated my Civil Rights Under Chapter 13, CIVIL RIGHTS 18 USCS § 241 Conspiracy against rights and 18 USCS § 242 Deprivation of rights under color of law, violated 18 USCS § 1001 False Statements Including filing false and Fraudulent Incident Report and DHO Report Response against me and violated 18 USCS § 2071, Concealment, removal, or mutilation generally (b) Including concealing, removal or destroying Administrative Remedies and material evidence eye-doctor letter

# PROOF OF SERVICE

I JUAN OlaYA   hereby on May day of 6 and year 2022 declare under title 28 USCS § 1746 The Penalty of Perjury that the foregoing statement is true and correct to the best of my knowledge.

Signature   JUAN OlaYA

11 pg

# Ex. 4

 **DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL**

October 13, 2022

JUAN OLAYA - Register Number: 99162-179
USP POLLOCK
U.S. PENITENTIARY
P.O. BOX 2099
POLLOCK, LA  71467

Dear Mr. Olaya:

The purpose of this letter is to acknowledge receipt of your complaint dated May 18, 2022. Our office, the U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations.  However, the matters that you raised are more appropriate for review by another office within the DOJ.  Therefore, your complaint has been forwarded to:

Federal Bureau of Prisons
Office of Internal Affairs
320 First Street
N.W. Room 814
Washington, D.C. 20534
Telephone Number (202) 307-3286

Any further correspondence regarding this matter should be directed to that office.

Any additional material you provide our office regarding this matter will not be forwarded to the above agency.  Instead, we recommend that you correspond directly with that agency if you have additional information to provide. Please be advised that this is the only correspondence you will receive from this Office regarding this matter.

If you have new information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.

Sincerely,
Office of the Inspector General
Investigations Division

# Ex. 5

My Exhibit

**AFFIDAVIT**

_____

I, __JUAN, OlaYA__ . do hereby swear under penalty

of perjury that the following statements/facts/declarations are

true to the best of my knowledge: On the date of October 28th 2020 while
I was being housed at Federal Correctional Institution (FCI) MILAN, MI
Federal Detention Center (FDC) in the FDC East Housing Unit which I was
awaiting to be sentence after being found guilty by a jury. I was personally
being physically assaulted by two different inmates from the same exact
geographical area with the last three digit -039 and was a gangmember
time. While being physically and viciously assaulted by these two individual
gangmembers I was stabbed twice once on the right side of my forehead
which was 3cm deep laceration which at the time I received twele stitches
six on the inside and six on the outside and I was also stabbed under my
right eye which cause me to be left with a 1.5cm laceration under my
right eye which I received three stitches. I received several vicious
kicks to my lower backside and shoulder after I fell to the ground got
back up I was then severely beaten all the way to my cell leaving a whole
trail of blood behind as evidence of an aggravated assault and not a fight
as SIS Technician M. Stoddard and correctional officer (C/O) T. Curst claim
in their fraudulent and false Incident Report Code 201 Fighting with another
person. Here is my crystal clear and direct substantiated indisputable
material evidence is based on and off of SIS Tech. M. Stoddard false incident
Report showing contradictory statements in-part. (1) On October 28th 2020
at approximately 06:30am inmate Olaya, Juan Reg. No. 49162-179, Heard, Daniel
Reg. No. 56715-039 and Hinds, Michael Reg. No. 56692-039, used physical violence
toward one another inside the FDC East Housing Unit., (2) Olaya had a 3cm deep
laceration to the right forehead, along with a 1.5cm laceration under the
right eye., (3) Olaya was sent to local hospital for stitches and possible head
injury assessment and (4) one of the sharpened weapons that were recovered
in the trash can, covered in fresh blood.

(Affidavit page 1)       JUAN OIAYA

# Ex. 6

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name:   OLAYA, JUAN FERNANDO | Reg #:   99162-179 |
| Date of Birth:   03/21/1980 | Sex:   M   Race:   BLACK   Facility:   MIL |
| Encounter Date:   10/28/2020 14:24 | Provider:   Williams, Allison DNP,   Unit:   Z01 |

Mid Level Provider - Medical Trip Return encounter performed at Health Services.

## SUBJECTIVE:

COMPLAINT  1        Provider:   Williams, Allison DNP,FNP-BC

Chief Complaint:   Other Problem

Subjective:        Patient returned from ST Joseph Mercy Hospital Emergency Department for laceration and fall.

Assessment:
1. Head injury; concussion without loss of consciousness
2. Lacerations: Stitches
3. Corneal Scratches- corneal abrasion
4. Acute Concussion
5. Musculoskeletal Pain- acute left shoulder pain

Plan: Start erythromycin 5mg/gram (0.5%) ophthalmic ointment

Waiting on imaging test. CT maxillofacial, XR Humerus left, XR Shoulder left

-You might have HA's d/t your concussion, watch for warning signs, for worsening HA's, dizziness, neck pain, nausea or vomiting or passing out.
-Stitches need to be removed in 5 to 7 days. Watch for any signs of infection
- Eye need to be rechecked in next few days, to make sure corneal abrasion is improving and not worsening.

Pain:        Not Applicable

## OBJECTIVE:

## ASSESSMENT:

Injury, Eye/Orbit Injury, S0590XS - Current

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Erythromycin Ophthalmic Ointment 5MG/GM | 10/28/2020 14:24 |

Prescriber Order:        Apply thin layer In Affected Eye(s) Right Eye every 6 hours x 7 day(s) -- Pull lower eyelid down to form pouch, squeeze thin layer inside lower eyelid. Close eye gently to spread ointment.

Indication:   Injury, Eye/Orbit Injury

## Disposition:

Follow-up at Sick Call as Needed

## Other:

Orders updated

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

| Inma     e:   OLAYA, JUAN FERNANDO | | Reg #:   99162-179 |
| Date       :   03/21/1980 | Sex:      M     Race:  BLACK | Facility:  MIL |
| Enco       ate:  10/28/2020 14:24 | Provider:  Williams, Allison DNP, | Unit:     Z01 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2020 | Not Done | | Williams, Allison | No Participation |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Williams, Allison DNP,FNP-BC on 10/28/2020 15:16

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN FERNANDO | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M    Race: BLACK | Facility: | MIL |
| Note Date: | 10/28/2020 14:07 | Provider: | Williams, Allison DNP, | Unit: | Z01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:  Williams, Allison DNP,FNP-BC

Patient need follow up with Associated Retinal Consultants. Will place order.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Ophthalmology | 10/29/2020 | 10/29/2020 | Urgent | No | |

Subtype:

Offsite Appt

Reason for Request:

Patient is a 40 y/o male with PMH of psych disorder. Needs follow up appointed with Associated Retinal Consultants.

Provisional Diagnosis:

Retinal damage

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Williams, Allison DNP,FNP-BC on 10/28/2020 14:14

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | OLAYA, JUAN FERNANDO | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: M   Race: BLACK | Facility: MIL |
| Encounter Date: | 10/28/2020 07:09 | Provider: Hernandez, P. RN | Unit: D01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY   1**       **Provider:**   Hernandez, P. RN

**Date of Injury:**   10/28/2020 06:45       **Date Reported for Treatment:**   10/28/2020 07:08

**Work Related:**   No       **Work Assignment:**   FDC UNASSG

**Pain Location:**

Pain Scale:   0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

East Unit possibly RM 117

**Cause of Injury (Inmate's Statement of how injury occurred):**

Inmate states "I fell"

**Symptoms (as reported by inmate):**

"There's nothing wrong with me"

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 98.8 | 37.1 | | Hernandez, P. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 98 | | | Hernandez, P. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 18 | Hernandez, P. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 126/73 | | | | Hernandez, P. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 97 | Room Air | Hernandez, P. RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Alert and Oriented x 3, Alert & Oriented to Person, Alert & Oriented to Place, Alert & Oriented to Time

| Inmate Name: | OLAYA, JUAN FERNANDO | | | Reg #: | 99162-179 |
|---|---|---|---|---|---|
| Date of Birth: | 03/21/1980 | Sex: M | Race: BLACK | Facility: | MIL |
| Encounter Date: | 10/28/2020 07:09 | Provider: | Hernandez, P. RN | Unit: | D01 |

## ASSESSMENT:

Initial assessment

Inmate a/ox3 resp even and mildly labored spo2 98% on r/a states "I fell". Inmate presents with 3cm deep laceration to rt forehead as well as 1.5 cm laceration under rt eye. Inmate has noted scratch to lf side of forehead. Inmate with noted rt eye bruising appearing to rt eyelid and under rt eye with red sclera noted. Inmate has small scratch also noted to rt lower leg. Inmate denies LOC or any other injuries, no other injuries noted by this writer. Inmate sent to ER for further eval

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Tetanus/Diphth/Pertus (Adacel) Tdap | 10/28/2020 07:09 |

**Prescriber Order:** 0.5 Intramuscularly one time x 1 day(s) Pill Line Only

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method: Pill Line

Stop Date: 10/29/2020 07:08

MAR Label: 0.5 Intramuscularly one time x 1 day(s) Pill Line Only

One Time Dose Given: No

## New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Emergency Room | 10/28/2020 | 10/28/2020 | Emergent | No | |

Subtype:

Emergency Room

Reason for Request:

Rt forehead laceration, rt eye trauma vs possible head injury

Additional Records Required for Consultation:

Complete Record

## Disposition:

Transfer to Local Hospital

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/28/2020 | Counseling | Plan of Care | Hernandez, P. | Verbalizes Understanding |

**Copay Required:** No    **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes    **By:** Samaan, Mark MD

**Telephone or Verbal order read back and verified.**

Completed by Hernandez, P. RN on 10/28/2020 07:30

Requested to be cosigned by Samaan, Mark MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Williams, Allison DNP,FNP-BC.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN FERNANDO | | | Reg #: 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: BLACK |
| Encounter Date: | 10/28/2020 07:09 | Provider: | Hernandez, P. RN | Facility: MIL |

**Reviewed by Williams, Allison DNP,FNP-BC on 10/29/2020 07:22.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN FERNANDO | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/28/2020 07:09 | Provider: | Hernandez, P. RN | Facility: | MIL |

**Cosigned by Samaan, Mark MD on 11/05/2020 14:18.**

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 10/28/2020 | End Date: | 10/28/2020 |
|---|---|---|---|
| Reg #: | 99162-179 | Inmate Name: | OLAYA, JUAN |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 98.8 | 37.1 | | Hernandez, P. RN |

Orig Entered: 10/28/2020 07:11 EST   Hernandez, P. RN

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 98 | | | Hernandez, P. RN |

Orig Entered: 10/28/2020 07:11 EST   Hernandez, P. RN

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 18 | Hernandez, P. RN |

Orig Entered: 10/28/2020 07:11 EST   Hernandez, P. RN

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 126/73 | | | | Hernandez, P. RN |

Orig Entered: 10/28/2020 07:11 EST   Hernandez, P. RN

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/28/2020 | 07:10 MIL | 97 | Room Air | Hernandez, P. RN |

Orig Entered: 10/28/2020 07:11 EST   Hernandez, P. RN

# Bureau of Prisons
## Health Services
## PPDs

**Reg #:** 99162-179    **Inmate Name:** OLAYA, JUAN

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 07/19/2021  17:49 | Left Forearm | Stafford, D. QIIC RN | ~~07/21/2021  09:07~~ | ~~0 mm~~ | ~~Walters, D. RN~~ |
| | | | --Wrong documentation | | |
| **Orig Entered:** 07/19/2021 18:51 EST  Stafford, D. QIIC RN | | | **Orig Entered:** ~~07/21/2021 10:07 EST~~  ~~Walters, D. RN~~ | | |
| | | | **Last Updated:** 07/21/2021 11:28 EST  Walters, D. RN | | |
| 07/19/2021  17:49 | Left Forearm | Stafford, D. QIIC RN | 07/21/2021  10:29 | 18 mm | Rhodes, Jo Anne RN |
| **Orig Entered:** 07/19/2021 18:51 EST  Stafford, D. QIIC RN | | | **Orig Entered:** 07/21/2021 11:29 EST  Rhodes, Jo Anne RN | | |
| 02/18/2010  18:00 | Left Forearm | Rhodes, Tara RN/SCRO | 02/20/2010  18:56 | 10 mm | Rhodes, Tara RN/SCRO |
| **Orig Entered:** 02/18/2010 19:01 EST  Rhodes, Tara RN/SCRO | | | **Orig Entered:** 02/20/2010 19:56 EST  Rhodes, Tara RN/SCRO | | |

**Total:** 3

# Medication Administration Record

OCTOBER 2020

99162-179    OLAYA, JUAN

## Medication Orders

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Samaan, Mark MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | A PLH 16:10 | | | |
| **Inject 0.5 mL Intra-Muscularly one time only** | 0700 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Ord. Date 10/28/20 16:10
Exp. Date 10/29/20 16:09

169942-MIL
Tetanus/Diphth/Pertus (Tdap) Toxoid IM 5-2-15.5

Rx#: 169942-MIL

Pill Line Date: 10/29/2020  Pill Line: Pill Line 1  Provider: PLH  Entered Date: 11/03/2020 14:25 EST  Comments: given

Providers: PLH = Hernandez, P.

Documentation Codes: ORD = Order

Pt. Name: OLAYA, JUAN
Registration #: 99162-179

DOB: 03/21/80

Allergies:No Known Allergies

Report information is current as of the date and time of printing:   10/18/2023 10:09 EST

---

# Medication Administration Record

OCTOBER 2020

Providers: PLH = Hernandez, P.

Documentation Codes: ORD = Order

Pt. Name: OLAYA, JUAN

Report information is current as of the date and time of printing:   10/18/2023 10:09 EST

---

Registration #: 99162-179    Pt. Name: OLAYA, JUAN    DOB: 03/21/80
Report information is current as of the date and time of printing:   10/18/2023 10:09 EST

# Bureau of Prisons
## Health Services
## Devices and Equipment

| | |
|---|---|
| **Start Date:** 10/28/2020 | **Stop Date:** 10/28/2020 |
| **Reg #:** 99162-179 | **Inmate Name:** OLAYA, JUAN |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| ~~Brace - knee~~ | | | | | |
| ~~11/08/2018 10:42 EST  Zengker, Tyler PA-C~~ | ~~04/14/2010~~ | ~~07/22/2016~~ | | BOP | |
| 07/22/2016 14:44 EST  Malatinsky, William MD, CD | 04/14/2010 | 07/22/2016 | | BOP | --old order |
| 04/14/2010 11:01 EST  Vo, Oanh RN | 04/14/2010 | | | BOP | |

**Total: 1**

# Bureau of Prisons
## Health Services
## Allergies

| Reg #: 99162-179 | Inmate Name: OLAYA, JUAN |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 02/18/2010 | |

**Orig Entered:**   02/18/2010 19:00 EST   Rhodes, Tara RN/SCRO

**Total:  1**

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 99162-179          **Inmate Name:** OLAYA, JUAN

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 10/28/2020 | Not Done | | No Participation | Williams, Allison |
| | **Orig Entered:** 10/28/2020 15:16 EST  Williams, Allison | | | |
| 10/28/2020 | Counseling | Plan of Care | Verbalizes Understanding | Hernandez, P. |
| | **Orig Entered:** 10/28/2020 07:30 EST  Hernandez, P. | | | |

**Total:** 2

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 99162-179     Inmate Name: OLAYA, JUAN

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| LTBI Prophy Refused<br>11/08/2018 11:12 EST Zongker, Tyler PA-C | III | ICD-10 | 795.5D | 11/08/2018 | Current | |
| Delusional Disorder<br>04/30/2019 16:00 EST Christiansen, Ashley PhD | I | DSM-IV | F22 | 04/30/2019 | Current | |
| Unspecified Schizophrenia And Other Psychotic Disorder<br>01/23/2019 15:49 EST Sarrazin, Robert MD | I | DSM-IV | F29 | 01/23/2019 | Current | |
| Unspecified retinal disorder<br>06/22/2022 13:36 EST Barry, Timothy OD<br>RETINAL SCAR IN OU... SUSPECT TX. SCAR VS. HISTO OR TOXO.... PT. DENIES EXPOSURE TO VARIOUS ANIMALS ASSOC. C/ INF. RET. SCARS. | III | ICD-10 | H359 | 06/22/2022 | Current | |
| Unspecified disorder of vitreous body<br>06/22/2022 13:36 EST Barry, Timothy OD<br>SUSPECT PENDING POST. VIT. DETACHMENT S/ CURRENT WEISS' RING NOR SYNERESIS/ NO VIT. RET. TXN. NOTED OD NOR OS. | III | ICD-10 | H439 | 06/22/2022 | Current | |
| Hypermetropia<br>06/22/2022 13:36 EST Barry, Timothy OD | III | ICD-10 | H5200 | 06/22/2022 | Current | |
| Constipation, unspecified<br>07/20/2020 12:45 EST Williams, Allison DNP,FNP-BC | | ICD-10 | K5900 | 07/20/2020 | Current | |
| Muscle weakness (generalized)<br>11/09/2018 09:45 EST Zongker, Tyler PA-C<br>right quad muscle weakness secondary to GSW in 1998. Atrophy of right quads. | | ICD-10 | M6281 | 11/09/2018 | Current | |
| Unspecified abdominal pain<br>06/23/2023 16:49 EST Bias, A. FNP | | ICD-10 | R109 | 06/23/2023 | Current | |
| Injury, Eye/Orbit Injury<br>10/28/2020 14:56 EST Williams, Allison DNP,FNP-BC<br>right eye | | ICD-10 | S0590X | 10/28/2020 | Current | |
| Coronavirus COVID-19 test negative<br>08/08/2021 15:08 EST Lyons, T. FNP-C | | ICD-10 | Z03818- | 08/03/2021 | Current | |

**Reg #: 99162-179**          **Inmate Name: OLAYA, JUAN**

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 07/20/2021 08:36 EST   Lyons, T. FNP-C | | ICD-10 | Z03818- | 07/19/2021 | Current | 11/08/2018 |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Hand(s), contusion | | | | | | |
| 11/08/2018 11:12 EST   Zongker, Tyler PA-C | III | ICD-9 | 923.20 | 10/09/2015 | Resolved | 11/08/2018 |
| 10/09/2015 13:57 EST   Rosario, Aurelio MLP | III | ICD-9 | 923.20 | 10/09/2015 | Current | 10/09/2015 |
| Cellulitis, unspecified | | | | | | |
| 11/08/2018 11:12 EST   Zongker, Tyler PA-C | | ICD-10 | L0390 | 03/20/2018 | Resolved | 11/08/2018 |
| 03/20/2018 09:07 EST   Bayoneto, Mario MLP | | ICD-10 | L0390 | 03/20/2018 | Current | 11/08/2018 |
| Low back pain | | | | | | |
| 11/08/2018 11:12 EST   Zongker, Tyler PA-C | | ICD-10 | M545 | 03/06/2018 | Resolved | 11/08/2018 |
| 03/06/2018 13:39 EST   Bayoneto, Mario MLP | | ICD-10 | M545 | 03/06/2018 | Current | 11/08/2018 |
| Soft tissue disorder, unspecified | | | | | | |
| 07/20/2020 12:44 EST   Williams, Allison DNP,FNP-BC | | ICD-10 | M799 | 03/11/2020 | Resolved | 07/20/2020 |
| 03/11/2020 10:21 EST   Williams, Allison DNP,FNP-BC | | ICD-10 | M799 | 03/11/2020 | Resolved | 07/20/2020 |
| L below butt cheek | | | | | | |
| L below butt cheek | | | | | | |
| -TBI Pending Tx Eval | | | | | | |
| 11/08/2018 11:12 EST   Zongker, Tyler PA-C | III | ICD-10 | P795.5 | 07/30/2015 | Resolved | 11/08/2018 |
| 07/30/2015 15:46 EST   Malatinsky, William MD, CD | III | ICD-9 | P795.5 | 07/30/2015 | Current | 07/30/2015 |
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 08/08/2021 15:08 EST   Lyons, T. FNP-C | | ICD-10 | Z0489-q | 07/19/2021 | Resolved | 08/08/2021 |
| 07/20/2021 08:36 EST   Lyons, T. FNP-C | | ICD-10 | Z0489-q | 07/19/2021 | Current | 07/20/2021 |
| ● Test: HIV, Human immunodeficiency virus | | | | | | |
| 11/13/2018 08:14 EST   Zongker, Tyler PA-C | | ICD-10 | Z717 | 11/13/2018 | Resolved | 11/13/2018 |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| ~~Gastro-esophageal reflux disease without esophagitis~~ | | ~~ICD-10~~ | ~~K249~~ | ~~07/07/2023~~ | ~~Current~~ | ~~07/07/2023~~ |
| ~~07/07/2023 16:10 EST   Smith, J NP~~ | | ~~ICD-10~~ | ~~K219~~ | ~~07/07/2023~~ | ~~Current~~ | ~~07/07/2023~~ |
| —error | | | | | | |
| ~~Unspecified complication of corneal transplant, unspecified eye~~ | | ~~ICD-10~~ | ~~T86849~~ | ~~10/28/2020~~ | ~~Current~~ | ~~10/28/2020~~ |
| ~~10/28/2020 14:56 EST   Williams, Allison DNP,FNP-BC~~ | | | | | | |
| —error | | | | | | |

Reg #: 99162-179

Inmate Name: OLAYA, JUAN

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 10/28/2020 14:38 EST   Williams, Allison DNP,FNP-BC | | ICD-10 | T86849 | 10/28/2020 | Current | |

**Total: 20**

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  99162-179 | Inmate Name:  OLAYA, JUAN |
|---|---|

**Vision Screen on** 10/12/2022 13:15

**Blindness:**

**Distance Vision:** OD: 20/50          OS: 20/50          OU:

**Near Vision:**     OD:              OS:              OU:

**With Corrective**

**Distance Vision:** OD: 20/20          OS: 20/20          OU:

**Near Vision:**     OD:              OS:              OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|   | Sphere | Cylinder | Axis | Add |   |   | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** |  |  |  |  |  | **R:** |  |  |  |  |
| **L:** |  |  |  |  |  | **L:** |  |  |  |  |

**Color Test:**

**Tonometry:**   R:  12        L:  12

**Comments:**  1:20 PM

   **Orig Entered:**   10/12/2022 14:21 EST   Barry, Timothy OD

Reg #: 99162-179 | Inmate Name: OLAYA, JUAN

**Vision Screen on** 06/22/2022 11:53

**Blindness:**

**Distance Vision:** OD: 20/30 OS: 20/30 OU:

**Near Vision:** OD: OS: OU:

**With Corrective**

**Distance Vision:** OD: 20/20 OS: 20/20 OU:

**Near Vision:** OD: OS: OU: 20/20

**Present Glasses - Distance**         **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | +1.75 | -0.50 | 45 | |
| **L:** | | | | | | **L:** | +1.50 | -0.25 | 163 | |

**Color Test:**

**Tonometry:** R: 11 L: 11

**Comments:** TA AT: 11:50 AM
VF: FTFC OD AND OS

**Orig Entered:** 06/22/2022 13:05 EST Barry, Timothy OD

Reg #:  99162-179                          Inmate Name:   OLAYA, JUAN

**Vision Screen on** 07/28/2021 10:18

**Blindness:**

**Distance Vision:** OD: 20/20                OS: 20/20                OU: 20/20

**Near Vision:**     OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**     OD:                    OS:                    OU:

**Present Glasses - Distance**                **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:                L:

**Comments:**

   **Orig Entered:**   07/28/2021 13:17 EST   Lyons, T. (MAT) FNP-C

Reg #:  99162-179                          Inmate Name:  OLAYA, JUAN

**Vision Screen on** 11/09/2018 08:42

**Blindness:**

| | | |
|---|---|---|
| **Distance Vision:** OD: | OS: | OU: 20/20 |
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| | | |
|---|---|---|
| **Distance Vision:** OD: | OS: | OU: |
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**          **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:        L:

**Comments:**

   **Orig Entered:**    11/09/2018 09:44 EST    Zongker, Tyler PA-C

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: | COX--COLEMAN FCC | Begin Date: 10/28/2020 | End Date: 10/28/2020 |
| Inmate: | OLAYA, JUAN | Reg #: 99162-179 | Quarter: M01-117L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                    Denied

## Active Prescriptions

Erythromycin Ophth Oint 3.5 GM 5mg/gm

Pull lower eyelid down to form pouch, squeeze thin layer inside lower eyelid. Close eye gently to spread ointment. Do this in right eye four times daily for 7 days NEW 10-28-2020

**Rx#:**  169937-MIL        **Doctor:**  Williams, Allison DNP,FNP-BC

**Start:**  10/28/20        **Exp:** 11/04/20                    Pharmacy Dispensings: 3.5 GM in 7 days


Tetanus/Dipth/Pertus (Tdap) Toxoid IM  5-2-15.5

Inject 0.5 mL Intra-Muscularly one time only ***pill line***

**Rx#:**  169942-MIL        **Doctor:**  Samaan, Mark MD

**Start:**  10/28/20        **Exp:** 10/29/20                    Pharmacy Dispensings: 0 ML in 1 day

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: 03/21/1980 | Sex: | M   Race: BLACK | Facility: | COP |
| Encounter Date: 09/18/2023 10:20 | Provider: | Jamieson, Donald (MAT) | Unit: | M01 |

Mid Level Provider - Sick Call Note encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Jamieson, Donald (MAT) ARNP

Chief Complaint:  Abdominal Pain

Subjective:      43-year-old male presents with abdominal pain, stated the pain and nausea is sporadic, and he is fine for a few days and then unexpectedly vomits undigested food.  Today he denies fever, chills, cough, sore throat, congestion or runny nose, shortness of breath, chest pain, fatigue, headache, body aches, new loss of taste or smell, denies, any diarrhea.  No new allergies

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/18/2023 10:32 |
| Location: | Abdomen - Diffuse |
| Quality of Pain: | Aching |
| Pain Scale: | 6 |
| Intervention: | rest |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | eating |
| Relieving Factors: | rest |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant

**Appearance**

Yes: Alert and Oriented x 3

**Nutrition**

Yes: Appears Obese

**Comments**

Inmate seen in housing unit at cell door, and because of security measures is currently on lock down, unable to be further accessed.

General: Pleasant and cooperative. Ambulatory

| | | | |
|---|---|---|---|
| Inmate Name: OLAYA, JUAN | | Reg #: | 99162-179 |
| Date of Birth: 03/21/1980 | Sex: M   Race: BLACK | Facility: | COP |
| Encounter Date: 09/18/2023 10:20 | Provider: Jamieson, Donald (MAT) | Unit: | M01 |

Head: Atraumatic/ Normocephalic Symmetrical

Neck: supple, symmetric, trachea midline.

Skin: Normal color, turgor and temperature.  No ulcerations or rashes note.
Extremities: No peripheral edema.
Psychiatric: Cooperative,

**ASSESSMENT:**

Unspecified abdominal pain, R109 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ondansetron Tablet | | 09/18/2023 10:20 |

    **Prescriber Order:**   4mg Orally Mouth -  Two Times a Day x 90 day(s)

    Indication:   Unspecified abdominal pain

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-L-Lipase | One Time | 09/19/2023 00:00 | Routine |
| Lab Tests-A-Amylase | | | |
|   Labs requested to be reviewed by: | Li, Richard (MAT) MD | | |
| Lab Tests-H-H. Pylori Antigen, stool | One Time | 09/19/2023 00:00 | Routine |
|   Labs requested to be reviewed by: | Li, Richard (MAT) MD | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Abdomen-GU-KUB | One Time | | 09/19/2023 | Routine |
|   Specific reason(s) for request (Complaints and findings): | | | | |
|     abdominal pain. | | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | | Jamieson, Donald (MAT) ARNP |
| | Order Date: | 09/18/2023 | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

PLAN
New set of labs pending
New KUB pending.
Amylase and lipase added.
H.pylori added.
KUB result reviewed, bullet fragment noted near spine. negative for rib fracture.
previous labs WNL, negative for HEP/gallstones.
urine WNL.
Zofran added for nausea.
fecal occult stool ordered.
Take all medications as directed
Use good handwashing to prevent the spread of germs

| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
|---|---|---|---|---|---|
| Date of Birth: | 03/21/1980 | Sex: M | Race: BLACK | Facility: | COP |
| Encounter Date: | 09/18/2023 10:20 | Provider: | Jamieson, Donald (MAT) | Unit: | M01 |

Do not share personal items to prevent germs spreading and practice personnel hygiene
Heart Healthy/low sodium/low fat diet
Exercise as tolerated
Continue to self-monitor if symptoms worsen report back to medical

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/18/2023 | Counseling | Access to Care | Jamieson, Donald | Verbalizes Understanding |
| 09/18/2023 | Counseling | Compliance - Treatment | Jamieson, Donald | Verbalizes Understanding |
| 09/18/2023 | Counseling | Diagnosis | Jamieson, Donald | Verbalizes Understanding |
| 09/18/2023 | Counseling | Diet | Jamieson, Donald | Verbalizes Understanding |
| 09/18/2023 | Counseling | Exercise | Jamieson, Donald | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Jamieson, Donald (MAT) ARNP on 09/18/2023 10:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: OLAYA, JUAN | | Reg #: | 99162-179 |
| Date of Birth: 03/21/1980 | Sex: M  Race: BLACK | Facility: | POM |
| Encounter Date: 07/07/2023 14:53 | Provider: Smith, J NP | Unit: | Z04 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Smith, J NP

Chief Complaint:  GENERAL

Subjective:    43 y/o male with multiple complaints. Inmate reports complaints are related to an altercation at the USP 2 months ago. States since altercation he has experienced blood in both his urine and stool as well as LUQ abdominal pain and vomiting after meals. He reports post prandial vomiting to include "the green stuff or just regular food."

Inmate was recently seen by assigned provider and multiple imaging studies and lab work ordered. Documentation noted that inmate refused labs. When questioned, inmate stated he was not aware that labs were ordered and he agreed to have labs drawn.

KUB and Left rib x-rays reviewed - no obstruction, gall stones, or renal calculi noted. No rib fracture.

Inmate appears in no acute distress. VSS. Abdomen soft, nondistended with active bowel sounds. Inmate talked for an extended period regarding altercation and how it wasn't right. Also talked about family. Once placed in holding cell, inmate threw up a small amount of what appeared to be oatmeal and states he had just eaten. Inmate appeared in no acute distress.

Will re-order lab and review to assign provider for follow up.

Pain:          No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 98.4 | 36.9 | | Smith, J NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 84 | | | Smith, J NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2023 | 14:53 POX | 18 | Smith, J NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 124/81 | | | | Smith, J NP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 96 | | Smith, J NP |

**Exam:**

| | |
|---|---|
| Inmate Name:   OLAYA, JUAN | Reg #:   99162-179 |
| Date of Birth:   03/21/1980 | Facility:   POM |
| Encounter Date:  07/07/2023 14:53 | Unit:   Z04 |

Sex:   M   Race:  BLACK
Provider:  Smith, J NP

**General**
> **Affect**
>> Yes: Pleasant, Cooperative
>
> **Appearance**
>> Yes: Appears Well, Alert and Oriented x 3
>>
>> No: Appears Distressed, Appears in Pain, Writhing in Pain, Pale, Diaphoretic, Acutely Ill
>
> **Nutrition**
>> Yes: Within Normal Limits

**Head**
> **General**
>> Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Pulmonary**
> **Observation/Inspection**
>> Yes: Within Normal Limits
>>
>> No: Respiratory Distress
>
> **Auscultation**
>> Yes: Clear to Auscultation

**Cardiovascular**
> **Observation**
>> Yes: Within Normal Limits
>>
>> No: Cardiopulmonary Distress, Painful Distress
>
> **Auscultation**
>> Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**Abdomen**
> **Inspection**
>> Yes: Within Normal Limits
>>
>> No: Distension
>
> **Auscultation**
>> Yes: Normo-Active Bowel Sounds
>
> **Palpation**
>> Yes: Soft, LUQ Tenderness
>>
>> No: Guarding

**Musculoskeletal**
> **Gait**
>> Yes: Normal Gait

**ROS Comments**
> See HPI

**ASSESSMENT:**

Unspecified abdominal pain, R109 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 07/12/2023 00:00 | Routine |

| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M   Race:  BLACK | Facility: | POM |
| Encounter Date: | 07/07/2023 14:53 | Provider: | Smith, J NP | Unit: | Z04 |

Lab Tests-A-Amylase
Lab Tests-U-Urinalysis w/Reflex to Culture &
Microscopic
Lab Tests-L-Lipase
Lab Tests - Short List-General-Comprehensive
Metabolic Profile (CMP)
    Labs requested to be reviewed by:      Padilla, Efrain MD
    Lab results requested to be notified to:    Bias, A. FNP

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
| --- | --- | --- | --- | --- |
| Fecal Occult Blood | One Time | | | Smith, J NP |
| | Order Date: | 07/07/2023 | | |

**Disposition:**

    Follow-up at Sick Call as Needed
    To be Evaluated by Provider
    Will Be Placed on Callout
    Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 07/07/2023 | Counseling | Access to Care | Smith, J | Verbalizes Understanding |
| 07/07/2023 | Counseling | Plan of Care | Smith, J | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Smith, J NP on 07/07/2023 15:15

Requested to be reviewed by  Bias, A. FNP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/07/2023 14:53 | Provider: | Smith, J NP | Facility: | POM |

**Reviewed by Bias, A. FNP on 07/14/2023 13:18.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: M Race: BLACK | Facility: | POM |
| Encounter Date: | 06/23/2023 15:36 | Provider: Bias, A. FNP | Unit: | Z04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**       Provider:  Bias, A. FNP

Chief Complaint:   Abdominal Pain

Subjective:   43 y/o with complaint of hematemesis and melena for 2 weeks accompanied by left upper quadrant rib pain exacerbated by eating; also c/o left arm numbness and lower back pain--multiple complaints. Inmate reports vomiting blood with drinking water and noticing blood in stool on this am.

Inmate described blood in stool as "red clots". Inmate presents with healthy appearance and alludes to incident occurring at USP as opposed to details of symptoms during collection of history. difficulty gathering information and redirecting.

Inmate denies pain at present and stated pain occurs eating and stated that he did not believe he would have bleeding if he drank water at this time.

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/23/2023 | 15:43 POX | 98.2 | 36.8 | | Bias, A. FNP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/23/2023 | 15:43 POX | 54 | | | Bias, A. FNP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/23/2023 | 15:43 POX | 18 | Bias, A. FNP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/23/2023 | 15:43 POX | 110/76 | | | | Bias, A. FNP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/23/2023 | 15:43 POX | 97 | | Bias, A. FNP |

**Exam:**

**Skin**

**General**

Yes: Dry, Skin Intact

No: Clammy, Diaphoretic

**Lips**

| | | |
|---|---|---|
| Inmate Name: OLAYA, JUAN | | Reg #: 99162-179 |
| Date of Birth: 03/21/1980 | Sex: M Race: BLACK | Facility: POM |
| Encounter Date: 06/23/2023 15:36 | Provider: Bias, A. FNP | Unit: Z04 |

### General

Yes: Within Normal Limits

## Mouth

### Pharynx

No: Inflammation, Erythema

## Pulmonary

### Auscultation

Yes: Clear to Auscultation

## Cardiovascular

### Auscultation

Yes: Normal S1 and S2

No: M/R/G

## Peripheral Vascular

### General

No: Non-Pitting Edema, Pitting Edema

## Abdomen

### Inspection

Yes: Within Normal Limits

No: Bulges, Mass(es), Distension, Stigmata of Liver Disease, Grey-Turner's Sign, Cullen's Sign

## Musculoskeletal

### Gait

Yes: Normal Gait

### Chest Wall

Yes: Normal Exam, Symmetric

No: Erythema, Subcutaneous Nodules, Crepitus, Trauma

## Exam Comments

EKG_ bradycardia

## ASSESSMENT:

Unspecified abdominal pain, R109 - Current

## PLAN:

## New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 06/23/2023 15:36 |

**Prescriber Order:** 650 MG Orally -four times a day x 3 day(s)

Indication: Unspecified abdominal pain

Start Now: Yes

Night Stock Rx#: 498865-cp1

Source: Night Stock

Admin Method: Self Administration

Stop Date: 06/26/2023 15:35

MAR Label: day(s)

One Time Dose Given: No

Inmate Name: OLAYA, JUAN
Date of Birth: 03/21/1980
Encounter Date: 06/23/2023 15:36

Sex: M   Race: BLACK
Provider: Bias, A. FNP

Reg #: 99162-179
Facility: POM
Unit: Z04

**New Medication Orders:**

| Rx# | Medication | | | | Order Date |
|-----|-----------|--|--|--|------------|

**New Laboratory Requests:**

| Details | Frequency | | Due Date | Priority |
|---------|-----------|--|----------|----------|
| Lab Tests - Short List-General-CBC | One Time | | 07/07/2023 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | | |
|     Labs requested to be reviewed by: | Padilla, Efrain MD | | | |
| Lab Tests-U-Urinalysis w/Reflex to Culture & Microscopic | One Time | | 07/07/2023 00:00 | Routine |
|     Labs requested to be reviewed by: | Padilla, Efrain MD | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---------|-----------|----------|----------|----------|
| General Radiology-Ribs-General, General Radiology-Abdomen-1 View, General Radiology-Spine / Thoracic-General, General Radiology-Spine / Lumbar-General | One Time | | 07/07/2023 | Routine |

    Specific reason(s) for request (Complaints and findings):

        c/o rib, abd, and lower back pain

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 06/23/2023 | Counseling | Access to Care | Bias, A. | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Bias, A. FNP on 06/23/2023 15:58

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  OLAYA, JUAN | | Reg #:  99162-179 |
| Date of Birth:  03/21/1980 | Sex:  M  Race:  BLACK | Facility:  POL |
| Encounter Date:  05/09/2023 11:45 | Provider:  Harms, S. RN | Unit:  C01 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY  1      Provider:**  Harms, S. RN

**Date of Injury:**  05/09/2023 11:15          **Date Reported for Treatment:**     05/09/2023 11:44

**Work Related:**  No          **Work Assignment:**     REC PM-1

**Pain Location:**

Pain Scale:     0

Pain Qualities:

**Where Did Injury Happen (Be specific as to location):**

C1 housing unit

**Cause of Injury (Inmate's Statement of how injury occurred):**

fight

**Symptoms (as reported by inmate):**

no injury

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/09/2023 | 11:44 POX | 99 | Via Machine | | Harms, S. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/09/2023 | 11:44 POX | 18 | Harms, S. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/09/2023 | 11:44 POX | 98 | Room Air | Harms, S. RN |

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

At approximately 11:15 fight called in C1 with weapons.  Inmate Olaya #:99162-179 escorted to main corridor.  Inmate stated, "I have no injuries."  AAOx3.  V/S WNL.  Head/face, mouth, neck, chest, abdomen, back, BUE, BLE with no lacerations, abrasions, bruises, or bleeding noted.  Hands/knuckles with no redness or swelling.
INJURY LEVEL:  NO INJURIES

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name: OLAYA, JUAN
Date of Birth: 03/21/1980
Encounter Date: 05/09/2023 11:45

Sex: M Race: BLACK
Provider: Harms, S. RN

Reg #: 99162-179
Facility: POL
Unit: C01

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/09/2023 | Counseling | Access to Care | Harms, S. | Verbalizes Understanding |

**Copay Required:** No   **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Harms, S. RN on 05/09/2023 11:47

Requested to be cosigned by Padilla, Efrain MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Pennison, S. FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | | Race: | BLACK |
| Encounter Date: | 05/09/2023 11:45 | Provider: | Harms, S. RN | | Facility: | POL |

**Cosigned by Padilla, Efrain MD on 05/09/2023 12:31.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/09/2023 11:45 | Provider: | Harms, S. RN | Facility: | POL |

**Reviewed by Pennison, S. FNP-C on 05/09/2023 14:08.**

# Bureau of Prisons
# Health Services
# Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/15/2023 19:11 | Provider: | Etkins, Venetia ARNP | Facility: | COP |

**Seizures:**        Denied

**Diabetes:**        Denied

**Cardiovascular:**        Denied

**CVA:**        Denied

**Hypertension:**        Denied

**Respiratory:**        Denied

**Sickle Cell Anemia:**        Denied

**Carcinoma/Lymphoma:**        Denied

**Allergies:**        Denied

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

**Infectious Disease Risk Factors:**

    **IV Drug Use:** No

    **IV Drug Use Needles:**

    **Sexual Partner IV Drug Use:** No

    **Sexual Partner IV Drug Use Needles:**

    **Female Sexual Partners (Last 5 Yrs):** 0

    **Male Sexual Partners (Last 5 Yrs):** None

    **Condom Use:** Never

    **Sexual Contact With HIV+ Individual:** No

    **Blood Product Transfusion:** No

    **Travel Outside US:** Yes

    **Tattoos:** No

    **Comments:** Born in Columbia, 2010

**History of HIV:**      Denied

| HIV Lab Test | Result | Date |
|---|---|---|
| HIV 1/2 (4th generation) | ███████ | 08/18/2021 07:29 |

| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
|---|---|---|---|---|---|
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/15/2023 19:11 | Provider: | Etkins, Venetia ARNP | Facility: | COP |

**History of Hepatitis:** Denied

| Hepatitis C Lab Test | Result | Date |
|---|---|---|
| Hep C Ab | Non-Reactive | 07/16/2018 17:42 |
| Hepatitis C Antibody | Non-Reactive | 08/18/2021 07:29 |

**Other Infectious Diseases:**    Denied

**Abuse History:** Denied

**Physical:** No

**Emotional:**  No

**Sexual:**  No

**Comments:**  Denies

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:**    Denied

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:**    N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
|---|---|---|---|---|---|
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/15/2023 19:11 | Provider: | Etkins, Venetia ARNP | Facility: | COP |

## Observations:

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

Item

Travel Outside US

PPD Administration Not Performed

Health Problems Newly Identified During This Encounter:
Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-HIV 1/2 | One Time | 09/15/2023 00:00 | Routine |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |
| Lab Tests - Short List-General-TSH | | | |
| Lab Tests - Short List-General-Hep C Ab | | | |
| Lab Tests - Short List-General-CBC w/diff | | | |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-RPR | | | |
| Lab Tests - Short List-General-Hep B surface Ag | | | |
| Lab Tests - Short List-General-Hemoglobin A1C | | | |
| Labs requested to be reviewed by: | Li, Richard (MAT) MD | | |

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 08/15/2023 19:11 | Provider: | Etkins, Venetia ARNP | Facility: | COP |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Etkins, Venetia ARNP on 08/15/2023 21:31

# Bureau of Prisons
# Health Services
# Vitals All

| | | | | |
|---|---|---|---|---|
| Begin Date: 05/09/2023 | | | End Date: 10/18/2023 | |
| Reg #: 99162-179 | | | Inmate Name: OLAYA, JUAN | |

## Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 98.4 | 36.9 | | Smith, J (MAT) NP |
| | **Orig Entered:** 07/07/2023 15:55 EST  Smith, J (MAT) NP | | | | |
| 06/23/2023 | 15:43 POX | 98.2 | 36.8 | | Bias, A. FNP |
| | **Orig Entered:** 06/23/2023 16:45 EST  Bias, A. FNP | | | | |

## Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 84 | | | Smith, J (MAT) NP |
| | **Orig Entered:** 07/07/2023 15:55 EST  Smith, J (MAT) NP | | | | |
| 06/23/2023 | 15:43 POX | 54 | | | Bias, A. FNP |
| | **Orig Entered:** 06/23/2023 16:45 EST  Bias, A. FNP | | | | |
| 05/09/2023 | 11:44 POX | 99 | Via Machine | | Harms, S. RN |
| | **Orig Entered:** 05/09/2023 12:46 EST  Harms, S. RN | | | | |

## Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/07/2023 | 14:53 POX | 18 | Smith, J (MAT) NP |
| | **Orig Entered:** 07/07/2023 15:55 EST  Smith, J (MAT) NP | | |
| 06/23/2023 | 15:43 POX | 18 | Bias, A. FNP |
| | **Orig Entered:** 06/23/2023 16:45 EST  Bias, A. FNP | | |
| 05/09/2023 | 11:44 POX | 18 | Harms, S. RN |
| | **Orig Entered:** 05/09/2023 12:46 EST  Harms, S. RN | | |

## Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 124/81 | | | | Smith, J (MAT) NP |
| | **Orig Entered:** 07/07/2023 15:55 EST  Smith, J (MAT) NP | | | | | |
| 06/23/2023 | 15:43 POX | 110/76 | | | | Bias, A. FNP |
| | **Orig Entered:** 06/23/2023 16:45 EST  Bias, A. FNP | | | | | |

## SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/07/2023 | 14:53 POX | 96 | | Smith, J (MAT) NP |
| | **Orig Entered:** 07/07/2023 15:55 EST  Smith, J (MAT) NP | | | |
| 06/23/2023 | 15:43 POX | 97 | | Bias, A. FNP |
| | **Orig Entered:** 06/23/2023 16:45 EST  Bias, A. FNP | | | |
| 05/09/2023 | 11:44 POX | 98 | Room Air | Harms, S. RN |
| | **Orig Entered:** 05/09/2023 12:46 EST  Harms, S. RN | | | |

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name:  OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth:  03/21/1980 | Sex:  M | Race:  BLACK | Facility: | POM |
| Encounter Date:  07/24/2023 16:01 | Provider:  Ore, Tiffany RN | | Unit: | Z04 |

**Screenings:**

### COVID-19

#### Exit Summary

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting, Pre-Release/Transfer Quarantine, COVID Test Result, COVID-19Janssen vaccine received, COVID-19 Pfizer vaccine received, COVID-19 Moderna vaccine received

### Comments

The inmate has been provided education on CDC guidance for persons in the community on how to protect themselves from COVID-19 transmission. This education includes, but is not limited to: hand washing, social distancing, wearing of facial coverings and self-assessment for signs and symptoms of COVID-19. Home Confinement provides the opportunity for the inmate to practice optimal infection prevention control measures, which may mitigate existing risks based on rates of transmission in the local area,  and is likely not to increase the inmate's risk of contracting COVID-19.

Cosign Required:No
Completed by Ore, Tiffany RN on 07/24/2023 16:01.

**Bureau of Prisons**
**Health Services**
**Pain Management**

| | | | | |
|---|---|---|---|---|
| Begin Date: 05/09/2023 | | | End Date: 10/18/2023 | |
| Reg #: 99162-179 | | | Inmate Name: OLAYA, JUAN | |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 09/18/2023 10:32 | Aching | Abdomen - Diffuse | 6 | rest | | Jamieson, Donald |

**Orig Entered:** 09/18/2023 10:33 EST Jamieson, Donald (MAT) ARNP

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 99162-179    **Inmate Name:** OLAYA, JUAN

## Assessments

| Assessment Date | Learns Best By | Format | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 09/18/2023 | Counseling | Access to Care | Verbalizes Understanding | Jamieson, Donald |
| | **Orig Entered:** 09/18/2023 10:42 EST  Jamieson, Donald (MAT) | | | |
| 09/18/2023 | Counseling | Compliance - Treatment | Verbalizes Understanding | Jamieson, Donald |
| | **Orig Entered:** 09/18/2023 10:42 EST  Jamieson, Donald (MAT) | | | |
| 09/18/2023 | Counseling | Diagnosis | Verbalizes Understanding | Jamieson, Donald |
| | **Orig Entered:** 09/18/2023 10:42 EST  Jamieson, Donald (MAT) | | | |
| 09/18/2023 | Counseling | Diet | Verbalizes Understanding | Jamieson, Donald |
| | **Orig Entered:** 09/18/2023 10:42 EST  Jamieson, Donald (MAT) | | | |
| 09/18/2023 | Counseling | Exercise | Verbalizes Understanding | Jamieson, Donald |
| | **Orig Entered:** 09/18/2023 10:42 EST  Jamieson, Donald (MAT) | | | |
| 07/07/2023 | Counseling | Access to Care | Verbalizes Understanding | Smith, J |
| | **Orig Entered:** 07/07/2023 16:12 EST  Smith, J (MAT) | | | |
| 07/07/2023 | Counseling | Plan of Care | Verbalizes Understanding | Smith, J |
| | **Orig Entered:** 07/07/2023 16:12 EST  Smith, J (MAT) | | | |
| 06/23/2023 | Counseling | Access to Care | Verbalizes Understanding | Bias, A. |
| | **Orig Entered:** 06/23/2023 16:53 EST  Bias, A. | | | |
| 05/09/2023 | Counseling | Access to Care | Verbalizes Understanding | Harms, S. |
| | **Orig Entered:** 05/09/2023 12:47 EST  Harms, S. | | | |

**Total:** 9

# Bureau of Prisons
# Health Services
# Vision Screens

| Reg #:  99162-179 | Inmate Name:  OLAYA, JUAN |
|---|---|

**Vision Screen on** 10/12/2022 13:15

**Blindness:**

**Distance Vision:** OD: 20/50  OS: 20/50  OU:

**Near Vision:**  OD:  OS:  OU:

**With Corrective**

**Distance Vision:** OD: 20/20  OS: 20/20  OU:

**Near Vision:**  OD:  OS:  OU:

**Present Glasses - Distance**                **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | | | | |
| **L:** | | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**  R:  12  L:  12

**Comments:**  1:20 PM

**Orig Entered:**    10/12/2022 14:21 EST   Barry, Timothy OD

Reg #:  99162-179        Inmate Name:  OLAYA, JUAN

**Vision Screen on** 06/22/2022 11:53

**Blindness:**

**Distance Vision:** OD: 20/30      OS: 20/30      OU:

**Near Vision:**     OD:      OS:      OU:

**With Corrective**

**Distance Vision:** OD: 20/20      OS: 20/20      OU:

**Near Vision:**     OD:      OS:      OU: 20/20

**Present Glasses - Distance**

**Refraction - Distance**

|   | Sphere | Cylinder | Axis | Add |   |   | Sphere | Cylinder | Axis | Add |
|---|--------|----------|------|-----|---|---|--------|----------|------|-----|
| **R:** |  |  |  |  |   | **R:** | +1.75 | -0.50 | 45 |  |
| **L:** |  |  |  |  |   | **L:** | +1.50 | -0.25 | 163 |  |

**Color Test:**

**Tonometry:**  R:  11      L:  11

**Comments:** TA AT: 11:50 AM
VF: FTFC OD AND OS

   **Orig Entered:**    06/22/2022 13:05 EST   Barry, Timothy OD

Reg #: 99162-179                    Inmate Name:  OLAYA, JUAN

**Vision Screen on** 07/28/2021 10:18

**Blindness:**

| | | |
|---|---|---|
| **Distance Vision:** OD: 20/20 | OS: 20/20 | OU: 20/20 |
| **Near Vision:** OD: | OS: | OU: |

**With Corrective**

| | | |
|---|---|---|
| **Distance Vision:** OD: | OS: | OU: |
| **Near Vision:** OD: | OS: | OU: |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:**  R:          L:

**Comments:**

Orig Entered:   07/28/2021 13:17 EST   Lyons, T. (MAT) FNP-C

Reg #: 99162-179      Inmate Name:  OLAYA, JUAN

**Vision Screen on** 11/09/2018 08:42

**Blindness:**

**Distance Vision:** OD:         OS:         OU: 20/20

**Near Vision:**     OD:         OS:         OU:

**With Corrective**

**Distance Vision:** OD:         OS:         OU:

**Near Vision:**     OD:         OS:         OU:

**Present Glasses - Distance**         **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | | | | |
| **L:** | | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:         L:

**Comments:**

   **Orig Entered:**    11/09/2018 09:44 EST   Zongker, Tyler PA-C

# Bureau of Prisons
## Health Services
## COVID-19 AG

| Begin Date: | 05/09/2023 | End Date: | 10/18/2023 |
|---|---|---|---|
| Reg #: | 99162-179 | Inmate Name: | OLAYA, JUAN |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 08/15/2023 22:03 COX | Negative | Asymptomatic | Pippin, J. QIIC RN |

      **Orig Entered:**   08/15/2023 22:04 EST   Pippin, J. QIIC RN

**Total:**  1

**Bureau of Prisons**
**Health Services**
**Immunizations**

| Begin Date: | 05/09/2023 | | End Date: | 10/18/2023 |
|---|---|---|---|---|
| Reg #: | 99162-179 | | Inmate Name: | OLAYA, JUAN |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 07/13/2023 | Refused | | | Pfizer | | 1 | |

**Orig Entered:** 07/13/2023 16:53 EST   Nugent, B. QIIC RN

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/04/2023 | Refused | | | | | | |

**Orig Entered:** 10/04/2023 14:28 EST   Pippin, J. QIIC RN

**Total: 2**

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: | COX--COLEMAN FCC | Begin Date: 05/09/2023 | End Date: 10/18/2023 |
| Inmate: | OLAYA, JUAN | Reg #: 99162-179 | Quarter: M01-117L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**　　　　　　　　　　Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
POM- Take two tablets (650 MG) by mouth four times daily as needed for pain or fever
**Rx#:**　498865-CP1　　**Doctor:**　Bias, A. FNP
**Start:** 06/23/23　　　　**Exp:** 06/26/23　　　　　　　　**Pharmacy Dispensings:** 24 TAB in 3 days

Ondansetron 4 MG Tab
Take one tablet (4 MG) by mouth twice daily
**Rx#:**　1171242-COX　**Doctor:**　Jamieson, Donald (MAT) ARNP
**Start:** 09/18/23　　　　**Exp:** 12/17/23　　　　　　　　**Pharmacy Dispensings:** 60 TAB in 30 days



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** **Sensitive But Unclassified** ***

| | | |
|---|---|---|
| **Name** OLAYA, JUAN | **Facility** FCI Pollock | **Collected** 07/12/2023 09:58 CDT |
| **Reg #** 99162-179 | **Order Unit** Z04-205UAD | **Received** 07/13/2023 11:31 CDT |
| **DOB** 03/21/1980 | **Provider** J. Smith | **Reported** 07/13/2023 15:02 CDT |
| **Sex** M | | **LIS ID** 188232161 |

### CHEMISTRY

| Test | | Result | Range | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.8 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 26 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 10 | 7-26 | mg/dL |
| Creatinine | | 1.02 | 0.60-1.30 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | | Result | Range | Units |
|---|---|---|---|---|
| Calcium | | 8.7 | 8.4-10.2 | mg/dL |
| Glucose | | 81 | 70-109 | mg/dL |
| AST | | 24 | 5-34 | U/L |
| ALT | | 15 | 8-55 | U/L |
| Alkaline Phosphatase | | 50 | 40-140 | U/L |
| Bilirubin, Total | | 0.6 | 0.2-1.0 | mg/dL |
| Protein, Total | | 6.5 | 6.4-8.3 | g/dL |
| Albumin | | 3.7 | 3.5-5.0 | g/dL |
| Globulin | | 2.8 | 2.3-3.5 | g/dL |
| Albumin/Globulin Ratio | | 1.32 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 9.3 | 5.0-30.0 | |
| Amylase | | 46 | 10-100 | U/L |
| Lipase | | 11 | <=60 | U/L |

### HEMATOLOGY

| Test | Result | Range | Units |
|---|---|---|---|
| White Blood Cell Count | 4.9 | 3.6-11.0 | K/uL |
| Red Blood Cell Count | 4.77 | 4.30-6.20 | M/uL |
| Hemoglobin | 14.5 | 13.5-18.0 | g/dL |
| Hematocrit | 42.9 | 38.0-54.0 | % |
| MCV | 89.9 | 80.0-96.0 | fL |
| MCH | 30.4 | 26.0-34.0 | pg |
| MCHC | 33.8 | 30.0-37.0 | g/dL |
| RDW-CV | 13.0 | 10.8-15.6 | % |
| Platelet Count | 252 | 140-440 | K/uL |
| MPV | 10.3 | 8.3-12.8 | fL |

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/13/2023 15:08 | Provider: | Lab Result Receive | Facility: | POM |

**Reviewed by Smith, J NP on 07/13/2023 15:21.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 | |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK | |
| Encounter Date: | 07/13/2023 15:08 | Provider: | Lab Result Receive | Facility: | POM | |

**Cosigned by Garza, Roberto SCR MD on 07/16/2023 19:57.**

 **Quest**
Diagnostics·

**Report Status: Final**

**OLAYA, JUAN**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **OLAYA, JUAN**<br><br>**DOB: 03/21/1980    AGE: 43**<br>Gender:   M<br>Phone:   NG<br>Patient ID: 99162-179 | Specimen:   DL356010H<br>Requisition: 6649769<br>Lab Ref #:   188232160<br><br>Collected:   07/12/2023 / 09:58 CDT<br>Received:    07/13/2023 / 01:48 CDT<br>Reported:    07/13/2023 / 04:26 CDT | Client #: 53569          SP01MAIL<br>SMITH, J.<br>FCI POLLOCK-POM<br>1000 AIR BASE RD<br>POLLOCK, LA 71467 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| URINALYSIS, COMPLETE | | | | IG |
| W/REFLEX TO CULTURE | | | | |
| COLOR | YELLOW | | YELLOW | |
| APPEARANCE | CLEAR | | CLEAR | |
| SPECIFIC GRAVITY | 1.023 | | 1.001-1.035 | |
| PH | 5.5 | | 5.0-8.0 | |
| GLUCOSE | NEGATIVE | | NEGATIVE | |
| BILIRUBIN | NEGATIVE | | NEGATIVE | |
| KETONES | NEGATIVE | | NEGATIVE | |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | |
| PROTEIN | NEGATIVE | | NEGATIVE | |
| NITRITE | NEGATIVE | | NEGATIVE | |
| LEUKOCYTE ESTERASE | NEGATIVE | | NEGATIVE | |
| WBC | 0-5 | | < OR = 5 /HPF | |
| RBC | 0-2 | | < OR = 2 /HPF | |
| SQUAMOUS EPITHELIAL CELLS | 0-5 | | < OR = 5 /HPF | |
| BACTERIA | NONE SEEN | | NONE SEEN /HPF | |
| HYALINE CAST | NONE SEEN | | NONE SEEN /LPF | |

    This urine was analyzed for the presence of WBC,
RBC, bacteria, casts, and other formed elements.
Only those elements seen were reported.

REFLEXIVE URINE CULTURE                                                                                    IG
                  NO CULTURE INDICATED

**PERFORMING SITE:**
IG      QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/13/2023 04:30 | Provider: | Lab Result Receive | Facility: | POM |

**Reviewed by Smith, J NP on 07/13/2023 06:40.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 07/13/2023 04:30 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Garza, Roberto SCR MD on 07/16/2023 21:10.**



**Federal Bureau of Prisons**

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** OLAYA, JUAN | **Facility** FCI Pollock | **Collected** 06/28/2023 07:53 CDT |
| **Reg #** 99162-179 | **Order Unit** Z04-206UAD | **Received** |
| **DOB** 03/21/1980 | **Provider** A. Bias, FNP | **Reported** 06/28/2023 07:53 CDT |
| **Sex** M | | **LIS ID** 174232436 |

## REFUSAL / REJECT / CANCEL

Inmate refused, the following tests have been canceled:

Urinalysis w/Reflex to Culture & Microscopic
Complete

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
|---|---|---|---|---|---|
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/28/2023 07:53 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Garza, Roberto SCR MD on 06/28/2023 08:45.**

# Bureau of Prisons
## Health Services
## Cosign/Review

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | OLAYA, JUAN | | | Reg #: | 99162-179 |
| Date of Birth: | 03/21/1980 | Sex: | M | Race: | BLACK |
| Encounter Date: | 06/28/2023 07:53 | Provider: | Lab Result Receive | Facility: | POM |

---

**Reviewed by Bias, A. FNP on 06/28/2023 12:35.**